John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
mcampbell@polsinelli.com
ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**NOTICE OF SERVICE** |

The undersigned hereby certifies that on December 9, 2002, a copy of Defendant's Initial Disclosures Pursuant to Rule 26(A)(1) was emailed to all counsel of record on this 9th day of December, 2022.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | **POLSINELLI PC** |
| 3 | By: /s/ *Michael A. Campbell* |
| 4 | John Craiger<br>Matthew S. Layfield |
| 5 | Michael A. Campbell<br>Nick A. Griebel |
| 6 | |
| 7 | *Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James E. Cross
Cross Law Firm, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Email: jcross@crosslawaz.com

*Chapter 7 Trustee*


Jeffrey Goulder
Michael Vincent
Clarissa C. Brady
Alisa C. Lacey
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004
Email: Jeffrey.Goulder@stinson.com
       Michael.Vincent@stinson.com
       Clarissa.Brady@stinson.com
       Alisa.Lacey@stinson.com

*Counsel for the Chapter 7 Trustee*

| | |
|---|---|
| 1 | |
| 2 | James Kahn |
| | Krystal Ahart |
| 3 | Bankruptcy Legal Center |
| | Kahn & Ahart, PLLC |
| 4 | 301 E. Bethany Home Rd., #C-195 |
| 5 | Phoenix, AZ 85012 |
| | Email: james.kahn@azbk.biz |
| 6 | |
| | *Counsel for the Debtor* |
| 7 | |
| 8 | Larry L. Watson |
| | Office of the U.S. Trustee |
| 9 | 230 N. First Avenue, Suite 204 |
| 10 | Phoenix, AZ 85003 |
| | Email: larry.watson@usdoj.gov |
| 11 | |
| 12 | |
| | */s/ Rebecca O'Brien* |
| 13 | |