Jeffrey Goulder (No. 010258)
Alisa C. Lacey (No. 010571)
Michael Vincent (No. 029864)
Clarissa C. Brady (No. 036312)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Jeffrey.Goulder@stinson.com
Alisa.Lacey@stinson.com
Michael.Vincent@stinson.com
Clarissa.Brady@stinson.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EPB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | Adversary No. 2:21-ap-00336-EPB |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff James E. Cross, the Chapter 7 Trustee, served *Trustee's Initial Disclosure Statement* on December 9, 2022, via electronic email, upon John S. Craiger, Matthew S. Layfield, Michael A. Campbell and Nick A. Griebel of Polsinelli PC.

DATED this 9th day of December, 2022.

**STINSON LLP**

By:    */s/ Clarissa C. Brady*
        Jeffrey J. Goulder
        Alisa C. Lacey
        Michael Vincent
        Clarissa C. Brady
        1850 N. Central Avenue, Suite 2100
        Phoenix, Arizona 85004-4584

*Attorneys for Plaintiff*

I hereby certify that on December 9, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Lindsay Petrowski*
CORE/3524238.0002/178800780.1