1  John Craiger (Bar No. 021731)
   **POLSINELLI PC**
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com

5  Matthew S. Layfield (*Pro Hac Vice*)
   Michael A. Campbell (*Pro Hac Vice*)
6  Nick A. Griebel (*Pro Hac Vice*)
   **POLSINELLI PC**
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com
10         ngriebel@polsinelli.com

11 *Attorneys for the Defendants Valliance Bank, Shelby Bruhn,*
   *and Katherine S. Bruhn*

12

13              **IN THE UNITED STATES BANKRUPTCY COURT**
                    **FOR THE DISTRICT OF ARIZONA**

14

15 | In re:                          | Chapter 7 Proceedings |

16 | SKYLER AARON COOK,              | Case No. 2:20-bk-01730-EPB |

17 |                      Debtor.    |

18 | JAMES E. CROSS, TRUSTEE,        |

19 |                      Plaintiff, | Adversary No. 2:21-ap-00336-EPB |

20 | vs.                             |

21 |                                 | **NOTICE OF SERVICE** |

22 | VALLIANCE BANK, SHELBY BRUHN, and |
   | KATHERINE S. BRUHN,             |

23

24 |                      Defendants. |

25

26     The undersigned hereby certifies that on January 13, 2023, Defendants' First

27 Supplemental Disclosures Pursuant to Federal Rule 26(a)(1) was served via electronic mail

28 upon Jeffrey Goulder, Michael Vincent, Clarissa Brady and Lindsay Petrowski.

.

Respectfully submitted,

**POLSINELLI PC**

By: */s/ John Craiger*
John Craiger
Matthew S. Layfield
Michael A. Campbell
Nick A. Griebel

*Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:


*/s/ Rebecca O'Brien*