# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SKYLER AARON COOK | | |
| **Case Number:** | 2:20-BK-01730-EPB | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, JULY 11, 2023 10:00 AM   TELEPHONIC HRGS | | |

**Courtroom Clerk:**

**Reporter / ECR:**   MICHELLE RADICKE-STEVENSON

**Audio File Name:**   AHL01597204.MP3

**Audio File Size:**   17,367 KB

**Audio File Length:**   00:37:03

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

1) **ADV: 2-21-00336**
   **James E Cross, Trustee vs Valliance Bank & Shelby Bruhn & Katherine S. Bruhn**
   STATUS CONFERENCE
   **R / M #:**   0 / 0

2) **ADV: 2-21-00336**
   **ORAL ARGUMENT ON MOTION FOR LEAVE TO AMEND COMPLAINT**
   **R / M #:**   103 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

Case 2:21-ap-00336-EPB    Doc 133    Filed 07/11/23    Entered 07/12/23 13:12:13    Desc
Main document    Page 2 of 2