John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
Email: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
         mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | Adversary No. 2:21-ap-00336-EFB |
| vs. | **JOINT MOTION FOR AMENDMENT TO CASE MANAGEMENT ORDER** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("**Plaintiff**") and Defendants Valliance Bank, Shelby Bruhn, and Katherine Bruhn (collectively, "**Defendants**"), by and through their undersigned counsel, hereby move this honorable Court for entry of an order granting an amendment to the Case Management Order previously

1 entered by the Court on December 13, 2022 (Dkt. 81) (the "**Case Management Order**") to extend certain deadlines by 60 days, and in support respectfully state as follows:

1. On December 30, 2021, Plaintiff James E. Cross ("**Plaintiff**" or "**Trustee**") initiated this adversary action against Defendants as the Chapter 7 Trustee of the bankruptcy estate of Debtor Skyler Aaron Cook.

2. On December 13, 2022, Trustee and Defendants appeared before the Court for a Scheduling Conference, and the Court subsequently entered the Case Management Order.

3. On July 11, 2023 the parties appeared before the Court for a case status hearing and the parties discussed, among other things, amending the deadlines in the Case Management Order.

4. Plaintiff's counsel and Defendants' counsel conferred regarding schedule for this case and the relief requested in this Motion. The parties have reached an agreement on an amendment to the Case Management Order and submit the proposed order amending the Case Management Order. The proposed order is attached hereto as **Exhibit A**.

WHEREFORE, Defendants respectfully request the Court enter the proposed *Order Granting Joint Motion for Amendment to Case Management Order* concurrently submitted to the Court, and for such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 13th day of July, 2023.

| STINSON LLP | POLSINELLI PC |
|---|---|
| By: */s/ Jeffrey J. Goulder* <br> Jeffrey J. Goulder <br> Alisa C. Lacey <br> Michael Vincent <br> Clarissa C. Brady <br> 1850 N. Central Avenue, Suite 2100 <br> Phoenix, Arizona 85004-4584 <br><br> *Attorneys for Plaintiff* | By: */s/ Matthew S. Layfield* <br> John Craiger <br> Matthew S. Layfield <br> Michael A. Campbell <br> 100 S. Fourth Street, Suite 1000 <br> St. Louis, Missouri 63102 <br><br> *Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn* |

| | |
|---|---|
| 1 | I hereby certify that on July 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1: |
| 2 | |
| 3 | |
| 4 | |
| 5 | /s/ Rebecca O'Brien |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

*EXHIBIT A*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EPB |
| Debtor. | Adversary No. 2:21-ap-00336-EPB |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR AMENDMENT TO CASE MANAGEMENT ORDER** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

This Stipulated Amendment to Case Management Order has been submitted by Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("Plaintiff") and by Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, the "Defendants", and with Plaintiff the "Parties") amending the prior Case Management Order (Dkt. 81) ("First Case Management Order").

THE CASE MANAGEMENT ORDER IS HEREBY AMENDED AS FOLLOWS:

1. <u>Fact Discovery.</u>  Fact discovery, including depositions and discovery by subpoena, shall be completed by **September 29, 2023**.

2. <u>Expert Disclosures and Discovery</u>.

   a. The Parties shall amend any prior disclosed anticipated expert testimony within **seven (7) days** of the filing of the Third Amended Complaint[1].

   b. Plaintiff's expert disclosures shall be due on or before **October 31, 2023**.

   c. Defendant's expert disclosures shall be due on or before **December 1, 2023**.

   d. The Parties shall disclose rebuttal experts on or before **January 29, 2024**.

   e. The Parties shall conclude expert depositions on or before **April 1, 2024.**

3. <u>Dispositive Motions</u>: The Parties shall file dispositive motions on or before **April 30, 2024**.

4. <u>Third Amended Complaint</u>:

   a. Defendants shall file their Motion to Dismiss within **twenty-one (21) days** of the filing of the Third Amended Complaint.

   b. Plaintiff shall file their response within **twenty-one (21) days** of Defendant's filing of any Motion to Dismiss.

   c. Defendants shall file their reply to Plaintiff's response within **fourteen (14) days** of Plaintiff's filing of their response to Defendant's Motion to Dismiss.

5. All other deadlines or obligations of the Parties not amended by this Order shall remain as stated in the First Case Management Order.

IT IS SO ORDERED.

**DATED AND SIGNED ABOVE.**

---

[1] The Parties appeared before the Court on July 11, 2023 for hearing on the Plaintiff's Motion for Leave to filed the Third Amended Complaint at which time the Court indicated it would grant Plaintiff's Motion.