# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SKYLER AARON COOK |
| **Case Number:** | 2:20-BK-01730-EPB  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, JULY 11, 2023 10:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | DAWN SAUCIER |
| **Reporter / ECR:** | KAREN DOANE |

### Matters:

1) **ADV: 2-21-00336**
   **James E Cross, Trustee vs Valliance Bank & Shelby Bruhn & Katherine S. Bruhn**
   STATUS CONFERENCE
   R / M #:    0 / 0

2) **ADV: 2-21-00336**
   **ORAL ARGUMENT ON MOTION FOR LEAVE TO AMEND COMPLAINT**
   R / M #:    103 / 0

### Appearances:

JEFF GOULDER, ATTORNEY FOR JAMES CROSS, TRUSTEE
JAMES CROSS, CHAPTER 7 TRUSTEE
MATTHEW S. LAYFIELD, ATTORNEY FOR VALLIANCE BANK, SHELBY BRUHN, KATHERINE S. BRUHN

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:20-BK-01730-EPB     TUESDAY, JULY 11, 2023 10:00 AM

*Proceedings:*

ITEM # 1: STATUS CONFERENCE

The Court notes that the defendants have properly preserved their demand for a jury trial and have filed a motion to withdraw reference, which is still pending before the District Court.

ITEM # 2: ORAL ARGUMENT ON MOTION FOR LEAVE TO AMEND COMPLAINT

Mr. Layfield indicates that the addition of the RICO claim will necessitate an extension of the time for discovery and for filing dispositive motions.

Mr. Layfield discusses outstanding discovery requests involving the debtor's communications. He requests that the Court direct the trustee to respond to his June 29 discovery request.

The Court explains its procedure for handling discovery disputes and differentiates between discovery requests to the debtor and those to the trustee/plaintiff.

Mr. Goulder explains that the deadline for responding to the pending discovery request from Mr. Layfield has not yet passed, and the trustee has every intention of responding to the request.

**The Court directs the parties to confer on the amended scheduling deadlines and to attempt to resolve any outstanding discovery issues.**

**COURT: IT IS ORDERED granting trustee's motion for leave to amend complaint one final time.**