SO ORDERED.

Dated: July 16, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

This matter came before the Court pursuant to the *Motion for Leave to Amend Complaint* [Dkt. 101] ("**Motion**") filed by James E. Cross, in his capacity as the Subchapter 7 Trustee for Debtor ("**Plaintiff**") filed on May 9, 2023. On May 23, 2023, Valliance Bank, Shelby Bruhn and Katherine S. Bruhn (collectively, "**Defendants**") filed their *Response and Objection to Plaintiff's Motion for Leave to Amend Complaint* [Dkt. 103] and on June 13, 2023, Plaintiff filed his *Reply in Support of Plaintiff's Motion for Lease to Amend the*

*Complaint* [Dkt. 117]. On July 11, 2023, counsel for the parties appeared for a hearing and presented arguments.

Based on the parties' submissions and counsels' arguments before the Court,

IT IS HEREBY ORDERED as follows:

1. The Plaintiff's Motion is granted, and Plaintiff shall file his Third Amended Complaint.

2. The time for Defendants to respond to Plaintiff's Third Amended Complaint is hereby set to twenty-one (21) days from the filing of the Third Amended Complaint.

DATED AND SIGNED ABOVE