1  John Craiger (Bar No. 021731)
   POLSINELLI pc
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com

5  Matthew S. Layfield (Pro Hac Vice)
   Michael A. Campbell (Pro Hac Vice)
6  Nick A. Griebel
   POLSINELLI PC
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn,
and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF ERIC HASSFURTHER** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Eric Hassfurther (aka Avocado Homes, LLC) by stenographic and audiovisual means

upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from July 19, 2023 at 1:00 p.m.**):

    **DATE:**     **August 29, 2023**

    **TIME:**     **10:00 A.M., C.T.**

    **LOCATION:**     **Polsinelli PC**
                            **2950 N. Harwood Street, Suite 2100**
                            **Dallas, TX 75201**

The deposition will begin on August 29, 2023, at 10:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 18th day of July, 2023.

                                          POLSINELLI PC

                                          By: */s/ Michael A. Campbell*
                                               John Craiger
                                               Matthew S. Layfield
                                               Michael A. Campbell

                                          Attorneys for Defendants Valliance Bank,
                                          Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on July 18, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Michael A. Campbell*