# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EPB |
| Debtor. | Adversary No. 2:21-ap-00336-EPB |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR AMENDMENT TO CASE MANAGEMENT ORDER** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

This Stipulated Amendment to Case Management Order has been submitted by Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("Plaintiff") and by Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, the "Defendants", and with Plaintiff the "Parties") amending the prior Case Management Order (Dkt. 81) ("First Case Management Order").

THE CASE MANAGEMENT ORDER IS HEREBY AMENDED AS FOLLOWS:

1. Fact Discovery. Fact discovery, including depositions and discovery by subpoena, shall be completed by **September 29, 2023**.

2. Expert Disclosures and Discovery.

    a. The Parties shall amend any prior disclosed anticipated expert testimony within **seven (7) days** of the filing of the Third Amended Complaint[1].

    b. Plaintiff's expert disclosures shall be due on or before **October 31, 2023**.

    c. Defendant's expert disclosures shall be due on or before **December 1, 2023**.

    d. The Parties shall disclose rebuttal experts on or before **January 29, 2024**.

    e. The Parties shall conclude expert depositions on or before **April 1, 2024.**

3. Dispositive Motions: The Parties shall file dispositive motions on or before **April 30, 2024**.

4. Third Amended Complaint:

    a. Defendants shall file their Motion to Dismiss within **twenty-one (21) days** of the filing of the Third Amended Complaint.

    b. Plaintiff shall file their response within **twenty-one (21) days** of Defendant's filing of any Motion to Dismiss.

    c. Defendants shall file their reply to Plaintiff's response within **fourteen (14) days** of Plaintiff's filing of their response to Defendant's Motion to Dismiss.

5. All other deadlines or obligations of the Parties not amended by this Order shall remain as stated in the First Case Management Order.

IT IS SO ORDERED.

**DATED AND SIGNED ABOVE.**

---

[1] The Parties appeared before the Court on July 11, 2023 for hearing on the Plaintiff's Motion for Leave to filed the Third Amended Complaint at which time the Court indicated it would grant Plaintiff's Motion.