John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com]

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
  mcampbell@polsinelli.com
  ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | Adversary No. 2:21-ap-00336-EPB |
| Plaintiff, | |
| vs. | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SKYLER COOK'S MOTION TO QUASH SUBPOENA TO AT&T MOBILITY, LLC TO PRODUCE DOCUMENTS** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

Defendants in this adversary proceeding, Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, "**Defendants**"), by and through their undersigned counsel,

1

hereby request an additional fourteen (14) days, to and including August 7, 2023, to file their response ("**Response**") in opposition to the Motion to Quash Defendants' Subpoena to AT&T Mobility, LLC to Produce Documents [Docket No. 132] (the "**Motion to Quash**") filed by the Debtor Skyler Aaron Cook (the "**Debtor**"). ***Debtor's counsel has consented to this extension.*** In support hereof, Defendants state as follows:

1. On or about July 27, 2023, Defendants served their Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (the "**Subpoena**") upon AT&T Mobility, LLC, seeking certain text messages and telephone call records and history logs with respect to the Debtor.

2. Counsel for the Debtor advised Defendant's counsel that the Debtor previously turned over to the Trustee certain documents, and the Trustee's counsel advised this Court at a hearing on July 11, 2023 that all such documents were turned over by the Trustee to Defendants' counsel.

3. However, Defendants position is that they did not receive from the Trustee the Debtor's text messages and many of the Debtor's emails in response to discovery requests directed to the Trustee. Counsel for the Debtor advised Defendant's counsel that the Debtor no longer has the phone that was used during the requested period. As a result, Defendant's served the Subpoena on AT&T Mobility, LLC.

4. On July 10, 2023, the Debtor filed the Motion to Quash. Defendants oppose the Motion to Quash.

5. Counsel for the Debtor and counsel for the Defendants are currently discussing a resolution of the Motion to Quash and other discovery issues. To accommodate such discussions, Debtor's counsel has consented to an extension of fourteen (14) days, to and

2

including August 7, 2023, in which Defendants may filed any response and objections to the Motion to Quash.

6. The parties agree that neither party is waiving any rights or arguments. Further, by the filing of this Motion, Defendants do not waive any objections to the Motion to Quash and do not admit that such Response is yet required.

WHEREFORE, Defendants respectfully request an additional fourteen (14) days, to and including August 7, 2023, to file their Response in opposition to the Motion to Quash, and for such other and further Orders as to the Court may seem just and proper in the premises.

RESPECTFULLY SUBMITTED this 21st day of July, 2023.

> POLSINELLI PC
>
> By: */s/ Michael Campbell*
>     Michael A. Campbell
>     Matthew S. Layfield
>     Nick A. Griebel
>     *Attorneys for Defendants Valliance Bank,*
>     *Shelby Bruhn, and Katherine S. Bruhn*

I hereby certify that on July 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*