| | |
|---|---|
| 1 | John Craiger (Bar No. 021731)<br>POLSINELLI pc |
| 2 | One East Washington St., Suite 1200<br>Phoenix, Arizona 85004 |
| 3 | Telephone: (602) 650-2000<br>Facsimile: (602) 264-7033 |
| 4 | E-Mail: jcraiger@polsinelli.com |
| 5 | Matthew S. Layfield (Pro Hac Vice)<br>Michael A. Campbell (Pro Hac Vice) |
| 6 | Nick A. Griebel<br>POLSINELLI PC |
| 7 | 100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102 |
| 8 | Telephone: (314) 889-8000<br>Facsimile: (314) 231-1776 |
| 9 | Email: mlayfield@polsinelli.com<br>mcampbell@polsinelli.com |
| 10 | |
| 11 | *Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF CALEB THAMES** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Caleb Thames by stenographic and audiovisual means upon oral examination before

an officer authorized to administer oaths at the following designated time and place (**being amended from July 26, 2023 at 1:30 p.m.**):

    **DATE:**      **August 30, 2023**

    **TIME:**      **09:00 a.m. C.T.**

    **LOCATION:**      **Polsinelli PC**
                             **2950 N. Harwood Street, Suite 2100**
                             **Dallas, TX 75201**

The deposition will begin on August 30, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 21st day of July, 2023.

                                 POLSINELLI PC

                                 By: */s/ Michael A. Campbell*
                                     John Craiger
                                     Matthew S. Layfield
                                     Michael A. Campbell

                                     Attorneys for Defendants Valliance Bank,
                                     Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on July 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*