John Craiger (Bar No. 021731)
POLSINELLI pc
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
Nick A. Griebel
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
　　　　mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>SKYLER AARON COOK,<br>　　　　　　　Debtor. | Chapter 7 Proceedings<br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br>　　　　　　　Plaintiff,<br>vs.<br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br>　　　　　　　Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF NISHENDU VASAVADA** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Nishendu Vasavada (aka Haines Sharshiv, LLC) by stenographic and audiovisual

means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from July 26, 2023 at 9:00 a.m.**):

 **DATE:**    **September 6, 2023**

 **TIME:**    **09:00 a.m. C.T.**

 **LOCATION:**  **Polsinelli PC**
        **2950 N. Harwood Street, Suite 2100**
        **Dallas, TX 75201**

The deposition will begin on September 6, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 21st day of July, 2023.

             POLSINELLI PC

             By: */s/ Michael A. Campbell*
               John Craiger
               Matthew S. Layfield
               Michael A. Campbell

               Attorneys for Defendants Valliance Bank,
               Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on July 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*