# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor.<br><br>JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Chapter 7<br><br>Case No. 2:20-bk-01730-EPB<br><br>Adversary No. 2:21-ap-00336-EPB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SKYLER COOK'S MOTION TO QUASH SUBPOENA TO AT&T MOBILITY, LLC TO PRODUCE DOCUMENTS** |

The Unopposed Motion for Extension of Time to Respond to Skyler Cook's Motion to Quash Subpoena to AT&T Mobility, LLC ("**Motion for Extension**") [Docket No. 142] having been filed by Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, the "**Defendants**"), requesting an additional fourteen (14) days, to and including August 7, 2023, to file their response ("**Response**") in opposition to the Motion to Quash Defendants' Subpoena to AT&T Mobility, LLC to Produce Documents [Docket No. 132] (the "**Motion to Quash**") filed by the Debtor Skyler Aaron Cook (the "**Debtor**"). The Court notes that the Debtor's counsel has consented to the Motion for Extension.

IT IS HEREBY ORDERED that the Defendants shall have an additional fourteen

90537872.1

(14) days, to and including August 7, 2023, in which to file their Response in opposition to the Motion to Quash.

IT IS SO ORDERED.

**DATED AND SIGNED ABOVE.**