1  John Craiger (Bar No. 021731)
   **POLSINELLI PC**
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com]

5  Matthew S. Layfield (*Pro Hac Vice*)
   Michael A. Campbell (*Pro Hac Vice*)
6  Nick A. Griebel
   **POLSINELLI PC**
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | Adversary No. 2:21-ap-00336-EFB |
| vs. | **NOTICE OF SERVICE OF DEFENDANTS' AMENDED DISCLOSURE OF ANTICIPATED EXPERT TESTIMONY** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn, by and through their undersigned counsel, hereby certify that the Defendants' Amended Disclosure of Anticipated Expert Testimony was served upon counsel for Plaintiff via electronic mail on this 24th day of July, 2023.

RESPECTFULLY SUBMITTED this 24th day of July, 2023.

    POLSINELLI PC

By: */s/ Michael A. Campbell*
    John Craiger
    Matthew S. Layfield
    Michael A. Campbell

*Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

    I hereby certify that on July 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*