John Craiger (Bar No. 021731)
POLSINELLI pc
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
Nick A. Griebel
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
       mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | Adversary No. 2:21-ap-00336-EFB |
| vs. | **NOTICE OF WITHDRAWAL OF NOTICE OF DEPOSITION OF BRAD JOHNSON** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, hereby withdraw their Notice of Deposition of Brad Johnson, previously issued and filed on June 30, 2023 pursuant to Federal

Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, without prejudice and without the release of any Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) (the "**Subpoena**") issued in connection therewith, which Notice of Deposition previously set such deposition on July 25, 2023 at 9:00 a.m., CT at the offices of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, TX 75201. Defendants reserve the right to reschedule such deposition, and Defendants do not release the foregoing deponent from any such Subpoena for this purpose.

RESPECTFULLY SUBMITTED this 24th day of July, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
   John Craiger
   Matthew S. Layfield
   Michael A. Campbell

   Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on July 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*