# EXHIBIT D

John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
mcampbell@polsinelli.com
ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS** |

Defendants Valliance Bank ("**Valliance**"), Shelby Bruhn, and Katherine Bruhn (collectively "**Defendants**"), by and through undersigned counsel, and pursuant to Fed. R.

90220620.1

Case 2:21-ap-00336-EPB Doc 154 Filed 06/27/23 Entered 06/27/23 16:57:22 Desc
Desc Exhibit Exhibit Document Notice of Subpoena Page 1 of 3 Page 2 of 8

| | |
|---|---|
| 1 | Civ. P. 26 and 45, hereby provide notice that they intend to serve a Subpoena to Produce |
| 2 | Documents on or after June 27, 2023, to the following non-parties: |

1. AT&T Mobility, LLC
   c/o Global Legal Demand Center
   11760 US Highway 1, Suite 300
   North Palm Beach, FL 33408
   Email: gldc@att.com

   Registered Agent:
   CT Corporation System
   120 S Central Avenue
   Clayton, MO 63105

The Subpoena commands the production of documents as fully set forth in the attached Exhibit on or before July 11, 2023. No testimony is requested by the Subpoena at this time.

RESPECTFULLY SUBMITTED this 27th day of June, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
    John Craiger
    Matthew S. Layfield
    Michael A. Campbell
    Nick A. Griebel

*Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

90220620.1

Case 2:21-ap-00306-EPB Doc 120-1 Filed 06/27/23 Entered 06/27/23 16:57:22 Desc Exhibit Exhibit D Notice of Subpoena Page 3 of 3  Page 3 of 8

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record, including the following CM/ECF registrants:

Jeffrey Goulder
Alisa Lacey
Michael Vincent
Clarissa C. Brady
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
*Attorneys for Plaintiff James E. Cross, Trustee*

By: /s/ *Rebecca M. O'Brien*

John Craiger (Bar No. 021731)
POLSINELLI pc
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
Nick A. Griebel
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
       mcampbell@polsinelli.com
       ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>       Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>       Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>       Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**EXHIBIT A TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** |

# DEFINITIONS

1. "Communication" means any transmission of information from one person or entity to another by any means whatsoever, including Documents reflecting such transmission of information.

2. "Debtor" means the above-captioned Debtor Skylar Aaron Cook, as well as his agents, representatives, partners, employees, attorneys, accountants, consultants, family members, spouse, any other person or entity acting at his direction, on his behalf, or under his control, and any entities or business in which he is a co-owner, including but not limited to the Debtor's Businesses, as defined below.

3. "Document" is synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A), including all documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

4. "Including" means including but not limited to.

5. "Valliance" means defendant Valliance Bank in the above-captioned Action, as well as anyone acting at its direction, on its behalf, or under its control, including its agents, representatives, partners, officers, directors, founders, assigns, employees, attorneys, accountants, and/or consultants.

6. "You" and "Your" and "AT&T" refers to AT&T, Inc., AT&T Mobility, LLC, AT&T Wireless, AT&T Communications, any subsidiaries or affiliates of AT&T, as well as any entities that it may own or be a co-owner of, and anyone acting at its direction, on its behalf, or as

its agents, representatives, partners, employees, attorneys, accountants, consultants, and any other person or entity acting at your direction, on your behalf, or under your control.

**INSTRUCTIONS**

1. <u>Objections</u>. If any objection is made to any of the following Requests, including any objection made based upon a claim of privilege as to any response, you should state the legal basis for the privilege. Where an objection is made to any Request, the objection shall state whether any responsive materials are being withheld on the basis of that objection. An objection to part of a Request must specify the part and permit inspection of the rest. To the extent you refuse to respond to any Request, in whole or in part, on grounds of privilege, identify the withheld Document(s) or Communication(s) on a privilege log. Any redactions to Documents shall be prominently identified with a mark indicating the location and size of the redacted area, and shall be logged.

2. <u>Supplemental Responses</u>. Each and every Request herein is deemed continuing in nature pursuant to the Federal Rules of Civil Procedure, and you are obligated to timely amend your responses if you learn at any time that any response to one or more of these Requests is incomplete or inaccurate, and promptly serve those amended responses upon counsel for Valliance. Any additional Documents or information that you acquire subsequent to the date of responding to these Requests, up to and including the date of trial, shall be furnished to the attorneys for Valliance promptly after such Documents or information are acquired.

3. <u>Source and Scope of Responses</u>. Each Request requires you to produce all responsive Documents in your possession, custody, or control in their entirety. These Requests are directed to you and persons connected with or representing you (including attorneys) concerning the matters addressed in these Requests. For each of your Responses, you shall indicate

which Documents are being produced in response to each particular Request. If no Documents responsive to a particular Request are within your possession, custody, or control, the Response should so state. In the event that you are able to provide only a portion of the Document(s) called for in any particular Request, provide all Document(s) that you are able to provide.

4. <u>Time Period</u>. Unless otherwise stated, the time period for these Requests is January 1, 2017 to December 31, 2020.

## DOCUMENT REQUESTS

**1. All text messages, including the substantive contents and text of the messages themselves, that the Debtor Skyler Aaron Cook sent or received between January 1, 2017 and December 31, 2020 from any and all of his cell phone numbers with AT&T, including, but not limited to, the following cell phone numbers of the Debtor with AT&T: (214) 789-1746 and (480) 235-6455.**

**2. All telephone call records and history logs evidencing or reflecting all telephone calls made or received by the Debtor Skyler Aaron Cook between January 1, 2017 and December 31, 2020 by any and all of his cell phone numbers with AT&T, including, but not limited to, the following cell phone numbers of the Debtor with AT&T: (214) 789-1746 and (480) 235-6455.**

4
90199150.2
Case 2:21-ap-00336-EPB    Doc 154-4    Filed 08/04/23    Entered 08/04/23 16:07:22
Desc Exhibit Exhibit D Notice of Subpoena    Page 8 of 8