# EXHIBIT E

**Michael Campbell**

| | |
|---|---|
| **From:** | ecf_support@azb.uscourts.gov |
| **Sent:** | Tuesday, June 27, 2023 3:04 PM |
| **To:** | CourtMail@azb.uscourts.gov |
| **Subject:** | 2:21-ap-00336-EPB Notice of Service of Discovery Requests |

**EXTERNAL EMAIL** ecf_support@azb.uscourts.gov

Do not reply to this message as replies are routed to an unmonitored mailbox. Thank you.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Arizona

Notice of Electronic Filing

The following transaction was received from Michael A Campbell entered on 6/27/2023 at 1:04 PM AZ and filed on 6/27/2023

**Case Name:** Cross, Trustee et al v. Valliance Bank et al
**Case Number:** 2:21-ap-00336-EPB
**Document Number:** 120

**Docket Text:**
Notice of Service of Discovery Requests /*Notice of Intent to Serve Subpoena to Produce Documents (AT&T)* filed by Michael A Campbell of Polsinelli PC on behalf of Katherine S. Bruhn, Shelby Bruhn, Valliance Bank. (Campbell, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Cross v. Valliance - Notice of Intent to Serve Subpoena to Produce Documents - AT&T Subpoena.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=6/27/2023] [FileNumber=49559417-0
] [92dfd076c078898e00183575635b3cbca2651be131ad8fef1afd3c98aa97e9feb97
b6bb08b36ac06146d6ba824e7184fdeba872ff644e2ef9d340960aad0a329]]

**2:21-ap-00336-EPB Notice will be electronically mailed to:**

KRYSTAL MARIE AHART on behalf of Debtor SKYLER AARON COOK
Krystal.Ahart@azbk.biz, jfkpcecf@gmail.com,AhartKR68748@notify.bestcase.com,AhartKrystal@gmail.com

CLARISSA C. BRADY on behalf of Plaintiff James E Cross, Trustee
clarissa.brady@stinson.com, lindsay.petrowski@stinson.com

JOHN S. CRAIGER on behalf of Defendant Valliance Bank
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER on behalf of Defendant Katherine S. Bruhn
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER on behalf of Defendant Shelby Bruhn
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

Michael A Campbell on behalf of Defendant Valliance Bank
mcampbell@polsinelli.com, robrien@polsinelli.com

Michael A Campbell on behalf of Defendant Katherine S. Bruhn
mcampbell@polsinelli.com, robrien@polsinelli.com

Michael A Campbell on behalf of Defendant Shelby Bruhn
mcampbell@polsinelli.com, robrien@polsinelli.com

ALISA C. LACEY on behalf of Plaintiff James E Cross, Trustee
alisa.lacey@stinson.com, Lindsay.petrowski@stinson.com

Matthew S. Layfield on behalf of Defendant Valliance Bank
mlayfield@polsinelli.com

Matthew S. Layfield on behalf of Defendant Katherine S. Bruhn
mlayfield@polsinelli.com

Matthew S. Layfield on behalf of Defendant Shelby Bruhn
mlayfield@polsinelli.com

**2:21-ap-00336-EPB Notice will not be electronically mailed to:**

REBECCA K EATON on behalf of Debtor SKYLER AARON COOK
KEARNEY, MCWILLIAMS & DAVIS PLLC
1235 SOUTH MAIN, SUITE 280
GRAPEVINE, TX 76051

NICHOLAS A GRIEBEL on behalf of Defendant Valliance Bank
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

2

Case 2:21-ap-00336-EPB    Doc 154-5    Filed 08/04/23    Entered 08/04/23 16:07:22
Desc Exhibit Exhibit E ECF Email Notifications    Page 3 of 7

NICHOLAS A GRIEBEL on behalf of Defendant Katherine S. Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

NICHOLAS A GRIEBEL on behalf of Defendant Shelby Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Valliance Bank
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Katherine S. Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Shelby Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

3

Case 2:21-ap-00336-EPB    Doc 154-5    Filed 08/04/23    Entered 08/04/23 16:07:22    Desc Exhibit Exhibit E ECF Email Notifications    Page 4 of 7

# Michael Campbell

| | |
|---|---|
| **From:** | ecf_support@azb.uscourts.gov |
| **Sent:** | Tuesday, June 27, 2023 9:27 PM |
| **To:** | CourtMail@azb.uscourts.gov |
| **Subject:** | 2:21-ap-00336-EPB Exhibit |

**EXTERNAL EMAIL** ecf_support@azb.uscourts.gov

Do not reply to this message as replies are routed to an unmonitored mailbox. Thank you.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Arizona

Notice of Electronic Filing

The following transaction was received from Michael A Campbell entered on 6/27/2023 at 7:26 PM AZ and filed on 6/27/2023
**Case Name:** Cross, Trustee et al v. Valliance Bank et al
**Case Number:** 2:21-ap-00336-EPB
**Document Number:** 121

**Docket Text:**
Exhibit *A to Subpoena to Produce Documents, Information, or Objects* filed by Michael A Campbell of Polsinelli PC on behalf of Katherine S. Bruhn, Shelby Bruhn, Valliance Bank. (related document(s)[120] Notice of Service of Discovery Requests) (Campbell, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Cross v. Valliance - Attachment to AT_T Subpoena(90199150.2).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=6/27/2023] [FileNumber=49560871-0
] [33df34ee039675a0f9c2503bb0c95babf8bd11240644340282a75a8d521ba4f4d33
4baff0cbd76e0f70405ff296f4224c9e07b33bdd84c2a2bbe70f7fe8106fa]]

**2:21-ap-00336-EPB Notice will be electronically mailed to:**

KRYSTAL MARIE AHART on behalf of Debtor SKYLER AARON COOK
Krystal.Ahart@azbk.biz, jfkpcecf@gmail.com,AhartKR68748@notify.bestcase.com,AhartKrystal@gmail.com

CLARISSA C. BRADY on behalf of Plaintiff James E Cross, Trustee
clarissa.brady@stinson.com, lindsay.petrowski@stinson.com

JOHN S. CRAIGER on behalf of Defendant Valliance Bank
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER on behalf of Defendant Katherine S. Bruhn
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER on behalf of Defendant Shelby Bruhn
jcraiger@polsinelli.com, dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

Michael A Campbell on behalf of Defendant Valliance Bank
mcampbell@polsinelli.com, robrien@polsinelli.com

Michael A Campbell on behalf of Defendant Katherine S. Bruhn
mcampbell@polsinelli.com, robrien@polsinelli.com

Michael A Campbell on behalf of Defendant Shelby Bruhn
mcampbell@polsinelli.com, robrien@polsinelli.com

ALISA C. LACEY on behalf of Plaintiff James E Cross, Trustee
alisa.lacey@stinson.com, Lindsay.petrowski@stinson.com

Matthew S. Layfield on behalf of Defendant Valliance Bank
mlayfield@polsinelli.com

Matthew S. Layfield on behalf of Defendant Katherine S. Bruhn
mlayfield@polsinelli.com

Matthew S. Layfield on behalf of Defendant Shelby Bruhn
mlayfield@polsinelli.com

**2:21-ap-00336-EPB Notice will not be electronically mailed to:**

REBECCA K EATON on behalf of Debtor SKYLER AARON COOK
KEARNEY, MCWILLIAMS & DAVIS PLLC
1235 SOUTH MAIN, SUITE 280
GRAPEVINE, TX 76051

NICHOLAS A GRIEBEL on behalf of Defendant Valliance Bank
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

NICHOLAS A GRIEBEL on behalf of Defendant Katherine S. Bruhn
POLSINELLI PC

2

Case 2:21-ap-00336-EPB    Doc 154-5    Filed 08/04/23    Entered 08/04/23 16:07:22
Desc Exhibit Exhibit E ECF Email Notifications    Page 6 of 7

100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

NICHOLAS A GRIEBEL on behalf of Defendant Shelby Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Valliance Bank
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Katherine S. Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

MATTHEW S LAYFIELD on behalf of Defendant Shelby Bruhn
POLSINELLI PC
100 SOUTH FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102