Jeffrey Goulder (No. 010258)
Alisa C. Lacey (No. 010571)
Michael Vincent (No. 029864)
Clarissa C. Brady (No. 036312)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Jeffrey.Goulder@stinson.com
Alisa.Lacey@stinson.com
Michael.Vincent@stinson.com
Clarissa.Brady@stinson.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**NOTICE OF DEPOSITION OF TRINIKA JOHNSON** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, made applicable in bankruptcy cases by Fed. R. Bankr. P. 7030, the deposition of Trinika Johnson will be taken by stenographic means upon oral examination before an officer authorized to administer oaths at the following designated time and place:

| | | |
|---|---|---|
| 1 | **DATE:** | **Thursday, September 21, 2023** |
| 2 | **TIME:** | **10:00 a.m. (CT)** |
| 3 | **LOCATION:** | **Stinson LLP** |
| 4 | | **2200 Ross Avenue, Suite 2900** |
| | | **Dallas, TX 75201** |

DATED this 7th day of August, 2023.

### STINSON LLP

By: */s/ Clarissa C. Brady*
Jeffrey J. Goulder
Alisa C. Lacey
Michael Vincent
Clarissa C. Brady
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

*Attorneys for Plaintiff*

I hereby certify that on August 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Kathleen Kaupke*
CORE/3524238.0002/183641352.1