John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
   mcampbell@polsinelli.com
   ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank,
Shelby Bruhn, and Katherine S. Bruhn*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF LOCAL RULE PAGE LIMIT** |

Defendants in the above-captioned adversary proceeding, Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, "**Defendants**"), by and through undersigned counsel, hereby move this Court, *with the consent of opposing counsel*, pursuant to Local Rule 9013-1(b), for an order granting leave to file their Memorandum of Law in excess of

fifteen (15) pages in support of their Motion to Dismiss Count VII of the Third Amended Adversary Complaint [Docket No. 139] (the "**Complaint**"), for violation of 18 U.S.C. § 1962(d) (the "**RICO Claim**") of the Racketeer Influenced and Corrupt Organizations Act ("**RICO**"), filed by James E. Cross, as Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned Debtor Skyler Aaron Cook (the "**Debtor**"). In support of this Motion for Leave, Defendants respectfully state as follows:

1. On August 7, 2023, Defendants filed their Motion to Dismiss the Trustee's RICO Claim and their Memorandum of Law in support thereof.

2. Pursuant to Local Rule 9013-1(b), Defendants' Memorandum of Law is limited to fifteen (15) pages in length, unless ordered otherwise by the Court.

3. The Trustee's Third Amended Complaint against Defendants contains two hundred and four (204) paragraphs that require Defendants to respond with their Motion to Dismiss and Memorandum of Law that develops and explains the multiple, nuanced legal reasonings necessitating dismissal of the RICO Claim.

4. Defendants' Memorandum of Law is less than twenty (20) pages, excluding tables of contents and tables of authorities.

5. Pursuant to Local Rule 9013-1(d), this Motion is accompanied by a proposed form of order attached hereto as **Exhibit A**.

6. Defendants' request for leave is made in good faith and will not prejudice any party to this proceeding.

7. Undersigned counsel has conferred with counsel to the Trustee, who has confirmed that they do not object to the relief requested in this Motion for Leave.

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to file a Memorandum of Law in Support of their Motion to Dismiss in excess of the fifteen (15) page limit.

RESPECTFULLY SUBMITTED this 7th day of August, 2023.

                          POLSINELLI PC

                          By: */s/ Michael A. Campbell*
                                Michael A. Campbell
                                Matthew S. Layfield
                                Nick A. Griebel

                                *Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

I hereby certify that on August 7, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*

**EXHIBIT A**

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Skyler Aaron Cook,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB |
| James E. Cross, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn,<br><br>Defendants. | **Adversary No. 2:21-ap-00336-EPB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF LOCAL RULE PAGE LIMIT** |

THE COURT, having reviewed and considered the Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit is **GRANTED**.

**IT IS FURTHER ORDERED** Defendants' Memorandum of Law in Support of their Motion to Dismiss may exceed the fifteen (15) page limit of Local Rule 9013-1(b).

**DATED AND SIGNED ABOVE.**