# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Skyler Aaron Cook,<br><br>          Debtor.<br><br>James E. Cross, Trustee,<br><br>          Plaintiff,<br><br>v.<br><br>Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn,<br><br>          Defendants. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB<br><br>**Adversary No. 2:21-ap-00336-EPB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF LOCAL RULE PAGE LIMIT** |

THE COURT, having reviewed and considered the Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit is **GRANTED**.

**IT IS FURTHER ORDERED** Defendants' Memorandum of Law in Support of their Motion to Dismiss may exceed the fifteen (15) page limit of Local Rule 9013-1(b).

**DATED AND SIGNED ABOVE.**