John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Michael A. Campbell (*Pro Hac Vice*)
Matthew S. Layfield (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mcampbell@polsinelli.com
         mlayfield@polsinelli.com
         ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank,*
*Shelby Bruhn, and Katherine S. Bruhn*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | Adversary No. 2:21-ap-00336-EFB |
| vs. | |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | **MOTION TO DISMISS COUNT VII (RICO) OF TRUSTEE'S THIRD AMENDED ADVERSARY COMPLAINT** |
| Defendants. | |

Defendants in this adversary proceeding, Valliance Bank ("**Valliance**"), Shelby Bruhn

("**Bruhn**"), and Katherine S. Bruhn ("**Katherine Bruhn**," and collectively with Valliance

and Bruhn, "**Defendants**"), by and through undersigned counsel, hereby move this Court,

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this

action by Rule 7012 of the Federal Rules of Bankruptcy Procedure, for an Order dismissing Count VII of the Third Amended Adversary Complaint [Docket No. 139] (the "**Complaint**"), for violation of 18 U.S.C. § 1962(d) (the "**RICO Claim**") of the Racketeer Influenced and Corrupt Organizations Act, filed by James E. Cross, as Chapter 7 Trustee (the "**Trustee**") for the estate of the Debtor Skyler Aaron Cook (the "**Debtor**"). In support of this Motion to Dismiss, Defendants respectfully state as follows:

1.    On February 19, 2020, the Debtor filed his voluntary petition commencing a case for relief under Chapter 11, Subchapter V, of the Bankruptcy Code.

2.    On September 1, 2020, this Court entered the Stipulated Order Directing Conversion of this Case to a Chapter 7 Proceeding Pursuant to 11 U.S.C. § 1112(b)(1) [BK Docket No. 137] (the "**Conversion Order**").  Pursuant to the Conversion Order, the Debtor was removed as debtor-in-possession and James E. Cross was appointed as Chapter 7 Trustee for the Debtor.

3.    On July 21, 2023, the Trustee filed his Third Amended Adversary Complaint [Docket No. 139] against Defendants, purporting to assert the RICO Claim for the first time.

4.    The Trustee's RICO Claim fails to state a claim against Valliance or the Bruhns, and the RICO Claim should be dismissed with prejudice for the following reasons:

      a.    The Trustee has failed to plead wire fraud;

      b.    The Trustee has not pled a pattern of related and continuous acts of racketeering activity;

      c.    The Trustee lacks standing to pursue the RICO claim;

      d.    The doctrine of *in pari delicto* bars the Trustee's RICO Claim; and

      e.    The Trustee fails to state a claim against Katherine Bruhn.

90755392.2

1      5.     The grounds in support of this Motion to Dismiss are more fully set forth in the

2 accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss RICO

3 Claim and are incorporated herein by reference.

     WHEREFORE, for these reasons, Count VII of the Third Amended Adversary

Complaint [Docket No. 139] fails to state a claim upon which relief can be granted, and

Defendants respectfully request that it be dismissed with prejudice under Fed. R. Civ. P.

12(b)(6), and for such other Orders as the Court deems appropriate.

     RESPECTFULLY SUBMITTED this 7th day of August, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*  _____

     Michael A. Campbell
     Matthew S. Layfield
     Nick A. Griebel

     *Attorneys for Defendants Valliance Bank,*
     *Shelby Bruhn, and Katherine S. Bruhn*

     I hereby certify that on August 7, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*  _____