SO ORDERED.

Dated: August 10, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge
_____

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| Skyler Aaron Cook, | Case No. 2:20-bk-01730-EPB |
| Debtor. | |
| James E. Cross, Trustee, | **Adversary No. 2:21-ap-00336-EPB** |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF LOCAL RULE PAGE LIMIT** |
| Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn, | |
| Defendants. | |

THE COURT, having reviewed and considered the Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit is **GRANTED**.

**IT IS FURTHER ORDERED** Defendants' Memorandum of Law in Support of their Motion to Dismiss may exceed the fifteen (15) page limit of Local Rule 9013-1(b).

**DATED AND SIGNED ABOVE.**

90753703.2