FORM notthrga

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20−bk−01730−EPB |
| SKYLER AARON COOK | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| James E Cross, Trustee | Adversary No.: 2:21−ap−00336−EPB |
| *Plaintiff(s)* | |
| *v.* | |
| Valliance Bank et al. | |
| *Defendant(s)* | |

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **8/15/23** at **10:00 AM** before the **Honorable Eddward P. Ballinger Jr..** Any interested party is to appear by telephone. Interested parties are to call **877−810−9415** to appear for the hearing. The access code is **1064631**. The **Honorable Eddward P. Ballinger Jr.** will consider and/or act upon the following matter(s) at the hearing:

DISCOVERY CONFERENCE

Date: August 10, 2023

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas