## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                          Case No.: 2:20–bk–01730–EPB

   SKYLER AARON COOK                Chapter: 7
*Debtor(s)*

---

   James E Cross, Trustee          Adversary No.: 2:21–ap–00336–EPB
*Plaintiff(s)*

*v.*

   Valliance Bank
   et al.
*Defendant(s)*

# NOTICE OF RESCHEDULED HEARING

   NOTICE IS HEREBY GIVEN that the hearing scheduled for 8/15/2023 at 10:00 a.m. has been vacated on the Courts's own motion.

   This matter has been RESCHEDULED for hearing on 8/17/23 at 10:00 AM at 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Eddward P. Ballinger Jr. to consider and act upon the following matter:

DISCOVERY CONFERENCE

Participants who are unable to appear in person may call 877–810–9415, access code 1064631, to participate in the hearing telephonically.

Date: August 11, 2023

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                  Khadijia V. White–Thomas
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov