United States Bankruptcy Court
District of Arizona

Cross, Trustee,
    Plaintiff

Valliance Bank,
    Defendant

Adv. Proc. No. 21-00336-EPB

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: Aug 10, 2023     Form ID: notthrga     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | MATTHEW S LAYFIELD, POLSINELLI PC, 100 SOUTH FOURTH STREET, SUITE 1000, ST. LOUIS, MO 63102-1825 |
| aty | + | NICHOLAS A GRIEBEL, POLSINELLI PC, 100 SOUTH FOURTH STREET, SUITE 1000, ST. LOUIS, MO 63102-1825 |
| pla | + | James E Cross, Trustee, c/o Stinson LLP, 1850 N Central Avenue, Suite 2100, Phoenix, AZ 85004-4584 |
| intp | + | SKYLER AARON COOK, 18291 N. PIMA RD., STE. 100 #218, SCOTTSDALE, AZ 85255-5696 |
| dft | + | Valliance Bank, 1601 Northwest Expressway, Oklahoma City, OK 73118-1443 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region18.bs.ecf@usdoj.gov | Aug 10 2023 22:12:00 | OFFICE OF THE U.S. TRUSTEE, US DEPT OF JUSTICE, 550 WEST FORT ST, RM 698, BOISE, ID 83724-0101 |
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Aug 10 2023 22:12:00 | U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ 85003-1725 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Katherine S. Bruhn |
| dft | | Shelby Bruhn |
| aty | *+ | NICHOLAS A GRIEBEL, POLSINELLI PC, 100 SOUTH FOURTH STREET, SUITE 1000, ST. LOUIS, MO 63102-1825 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ALISA C. LACEY
on behalf of Plaintiff James E Cross Trustee alisa.lacey@stinson.com, Lindsay.petrowski@stinson.com

CLARISSA C. BRADY
on behalf of Plaintiff James E Cross Trustee clarissa.brady@stinson.com, lindsay.petrowski@stinson.com

JOHN S. CRAIGER
on behalf of Defendant Valliance Bank jcraiger@polsinelli.com dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER
on behalf of Defendant Katherine S. Bruhn jcraiger@polsinelli.com dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

JOHN S. CRAIGER
on behalf of Defendant Shelby Bruhn jcraiger@polsinelli.com dcoppens@polsinelli.com,arizonadocketing@polsinelli.com

KRYSTAL MARIE AHART
on behalf of Interested Party SKYLER AARON COOK Krystal.Ahart@azbk.biz
jfkpcecf@gmail.com,AhartKR68748@notify.bestcase.com,AhartKrystal@gmail.com

Matthew S. Layfield
on behalf of Defendant Valliance Bank mlayfield@polsinelli.com

Matthew S. Layfield
on behalf of Defendant Katherine S. Bruhn mlayfield@polsinelli.com

Matthew S. Layfield
on behalf of Defendant Shelby Bruhn mlayfield@polsinelli.com

Michael A Campbell
on behalf of Defendant Katherine S. Bruhn mcampbell@polsinelli.com robrien@polsinelli.com

Michael A Campbell
on behalf of Defendant Shelby Bruhn mcampbell@polsinelli.com robrien@polsinelli.com

Michael A Campbell
on behalf of Defendant Valliance Bank mcampbell@polsinelli.com robrien@polsinelli.com

Rebecca Eaton
on behalf of Interested Party SKYLER AARON COOK reaton@kmd.law

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:20−bk−01730−EPB |
| SKYLER AARON COOK | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| James E Cross, Trustee | Adversary No.: 2:21−ap−00336−EPB |
| *Plaintiff(s)* | |
| v. | |
| Valliance Bank et al. | |
| *Defendant(s)* | |

## NOTICE OF TELEPHONIC HEARING

A hearing in the above−captioned case will be held on **8/15/23** at **10:00 AM** before the **Honorable Eddward P. Ballinger Jr.**. Any interested party is to appear by telephone. Interested parties are to call **877−810−9415** to appear for the hearing. The access code is **1064631**. The **Honorable Eddward P. Ballinger Jr.** will consider and/or act upon the following matter(s) at the hearing:

DISCOVERY CONFERENCE

Date: August 10, 2023

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas