David Frazee
BARNES & THORNBURG LLP
555 12th Street, N.W., Suite 1200
Washington, D.C. 20004
Phone/Fax: (202) 408-6929/(202) 289-1330
Email: David.Frazee@btlaw.com
*Attorney for Skyler Aaron Cook*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br><br>**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE* |

Pursuant to Local Bankruptcy Rule 2090-1, Applicant, David Frazee, hereby applies for leave to appear and, if necessary, participate in this action *pro hac vice*. In support of this Motion, Applicant states as follows:

1. I am a partner at the law firm of Barnes & Thornburg LLP. My principal office is located at 555 12th Street, N.W., Suite 1200, Washington, D.C. 20004, Email: David.Frazee@btlaw.com and reside in the City of Arlington, Virginia.

2. I am a member in good standing and eligible to practice in the following courts:

    a. United States Court of Appeals, District of Columbia

      b. United States District Court, Northern District of Indiana

      c. United States District Court, Southern District of Indiana

      d. United States Bankruptcy Court, Southern District of Indiana

3. I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

4. I am not a member of the bar of the United States District Court, District of Arizona.

5. I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

6. I further declare under penalty of perjury that within the last three years, I have not previously filed an Application for Limited Admission or Pro Hac Vice Application with this court.

7. I am subject to the jurisdiction of this Court.

8. In this proceeding, Defendant Valliance Bank served a Rule 11 subpoena on nonparty Skyler Aaron Cook and a Rule 45 subpoena on nonparty AT&T Mobility, LLC, for the content of Skyler Aaron Cook's text messages. Valliance Bank also requested Skyler Aaron Cook's deposition. I have been retained by Skyler Aaron Cook to assist him in responding to the subpoena, to represent him in any deposition, and, if necessary, to appear in this Court on his behalf.

9. I hereby designate Krystal Ahart, an active member of the bar of this Court who maintains an office in this district and who consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the case and upon whom documents may be served.

DATED: August 14, 2023

                                          By:   */s/ David Frazee*
                                                    David Frazee
                                                    **BARNES & THORNBURG LLP**
                                                    555 12th Street, N.W., Suite 1200
                                                    Washington, D.C. 20004
                                                     Phone/Fax: (202) 408-6929/(202) 289-1330
                                                     Email: David.Frazee@btlaw.com

| | |
|---|---|
| 1 | **CONSENT TO DESIGNATION** |
| 2 | I hereby consent to the foregoing designation as a member of the Bar of the United |
| 3 | States District Court for the District of Arizona |
| 4 | |
| 5 | DATED: August 14, 2023           KAHN & AHART, PLLC |
| 6 | |
| 7 |                                  /s/ Krystal M. Ahart, SBN029358 |
|   |                                  Krystal Ahart |
| 8 |                                  301 East Bethany Home Road, Suite C-195 |
|   |                                  Phoenix, Arizona 85012-1266 |
| 9 |                                  Telephone: 602-266-1717 |
|   |                                  Facsimile: 602-266-2484 |
| 10 |                                 Email: Krystal.Ahart@azbk.biz |