# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>SKYLER AARON COOK,<br>　　　　Debtor. | Chapter 7 Proceedings<br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br>　　　　Plaintiff,<br>vs.<br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br>　　　　Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS GIVEN that pursuant to Rule 9022-1, Local Rules of Bankruptcy Procedure for the District of Arizona, the attached proposed Order was lodged with the United States Bankruptcy Court this date.

DATED this 14th day of August, 2023.

　　　　　　　　　　　　　　KAHN & AHART, PLLC
　　　　　　　　　　　　　　　BANKRUPTCY LEGAL CENTER™


　　　　　　　　　　　　　　/s/ Krystal M. Ahart, SBN029358
　　　　　　　　　　　　　　Krystal M. Ahart
　　　　　　　　　　　　　　Attorney for Debtor