Alicia Barrs
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, Texas 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com
***Attorney for Skyler Aaron Cook***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> SKYLER AARON COOK, <br> Debtor. | Chapter 7 Proceedings <br><br> Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE, <br> Plaintiff, <br><br> vs. <br><br> VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, <br><br> Defendants. | Adversary No. 2:21-ap-00336-EFB <br><br> **AMENDED MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE*** |

Pursuant to Local Bankruptcy Rule 2090-1, Applicant, Alicia Barrs, hereby applies for leave to appear and, if necessary, participate in this action *pro hac vice*. In support of this Motion, Applicant states as follows:

1. I am a partner at the law firm of Barnes & Thornburg LLP. My principal office is located at 2121 N. Pearl Street, Suite 700, Dallas, Texas 75201, Email: Alicia.RainesBarrs@btlaw.com and reside in the City of Lucas, Collin County, Texas.

2. I am a member in good standing and eligible to practice in the following courts:

    a. United States District Court, Northern District of Texas (7/25/19)

b. United States District Court, Eastern District of Texas (8/9/19)

c. United States District Court, Western District of Texas (10/23/19)

d. United States District Court, Southern District of Texas (8/7/19)

e. United States District Court, Southern District of Indiana (10/6/14)

f. United States District Court, Northern District of Indiana (10/6/14)

3. I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.

4. I am not a member of the bar of the United States District Court, District of Arizona.

5. I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

6. I further declare under penalty of perjury that within the last three years, I have not previously filed an Application for Limited Admission or Pro Hac Vice Application with this court.

7. I am subject to the jurisdiction of this Court.

8. In this proceeding, Defendant Valliance Bank served a Rule 45 subpoena on nonparty Skyler Aaron Cook and a Rule 45 subpoena on nonparty AT&T Mobility, LLC, for the content of Skyler Aaron Cook's text messages. Valliance Bank also requested Skyler Aaron Cook's deposition. I have been retained by Skyler Aaron Cook to assist him in responding to the subpoena, to represent him in any deposition, and, if necessary, to appear in this Court on his behalf.

9. I hereby designate Krystal Ahart, an active member of the bar of this Court who maintains an office in this district and who consented to this designation, as co-counsel with whom the Court and opposing counsel may readily communicate regarding the case and upon whom documents may be served.

DATED: August 15, 2023

By: /s/ Alicia Barrs
Alicia Barrs
**BARNES & THORNBURG LLP**
2121 N. Pearl Street, Suite 700
Dallas, Texas 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com

| | |
|---|---|
| 1 | |
| 2 | **CONSENT TO DESIGNATION** |
| 3 | I hereby consent to the foregoing designation as a member of the Bar of the United |
| 4 | States District Court for the District of Arizona |

DATED: August 15, 2023　　　　　　　　　Kahn & Ahart, PLLC

　　　　　　　　　　　　　　　　　　　　/s/ Krystal M. Ahart, SBN029358
　　　　　　　　　　　　　　　　　　　　Krystal Ahart
　　　　　　　　　　　　　　　　　　　　301 East Bethany Home Road, Suite C-195
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012-1266
　　　　　　　　　　　　　　　　　　　　Telephone: 602-266-1717
　　　　　　　　　　　　　　　　　　　　Facsimile: 602-266-2484
　　　　　　　　　　　　　　　　　　　　Email: Krystal.Ahart@azbk.biz