John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
Email: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
      mcampbell@polsinelli.com
      ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>           Debtor.<br><br>JAMES E. CROSS, TRUSTEE,<br><br>           Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>           Defendants. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB<br><br><br><br>Adversary No. 2:21-ap-00336-EFB<br><br><br>**SECOND JOINT MOTION TO AMEND CASE MANAGEMENT ORDER** |

Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("**Trustee**"), and Defendants Valliance Bank, Shelby Bruhn, and Katherine Bruhn (collectively, "**Defendants**"), by and through their undersigned counsel, hereby move this honorable Court

for entry of an order granting an amendment to the Case Management Order previously entered by the Court on December 13, 2022 (Dkt. 81), and amended by the Court on July 18, 2023 (Dkt. 141) (the "**Case Management Order**"), to provide for a stay and extension of fact discovery after certain discovery occurs to enable the parties to participate in mediation, and in support, respectfully state as follows:

1. On December 30, 2021, the Trustee initiated this adversary action against Defendants, as the Chapter 7 Trustee of the bankruptcy estate of the Debtor Skyler Aaron Cook.

2. On December 13, 2022, the Trustee and Defendants appeared before the Court for a Scheduling Conference, and the Court subsequently entered the Case Management Order.

3. On July 18, 2023, with the consent of the Trustee and Defendants, the Court entered an Order Granting Joint Motion for Amendment to Case Management Order (Dkt. 141), which set a new deadline for fact discovery of September 29, 2023 and amended subsequent deadlines in the Case Management Order accordingly.

4. Trustee's counsel and Defendants' counsel have conferred regarding a mediation of this case and have agreed that the parties will take certain depositions and then stay and extend discovery to permit the parties to engage in mediation and have further agreed that if mediation is not successful, the parties would be permitted to resume and complete fact discovery and take additional depositions within sixty (60) days thereafter.

5. Specifically, Trustee's counsel and Defendants' counsel have agreed to the following plan for mediation and remaining discovery:

   a. Defendants may take up to six (6) depositions, and the Trustee may take up to two (2) depositions prior to participating in mediation;

   b. After the foregoing depositions, the parties will schedule a mediation of this case with a mutually acceptable mediator on a date following this Court's ruling on the Defendants' pending Motion to Dismiss Count VII

| | | |
|---|---|---|
| 1 | | (RICO) of Trustee's Third Amended Complaint (Dkts. 160, 161), and the parties will diligently complete such mediation; |
| 2 | c. | The Court will suspend and extend the current Case Management Order until the conclusion of such mediation; |
| 3 | d. | If the parties have not reached a settlement of this adversary proceeding within one (1) week following the date of such mediation, the parties will report to the Court and request that the Court enter a new Case Management Order that provides for a deadline for fact discovery sixty (60) days after the date of such mediation, and provides for all other subsequent deadlines in the Case Management Order to be set on new dates thereafter that correspond to the same periods of time after fact discovery as they were previously set in relation to the deadline for fact discovery. |

6. The parties herewith submit a proposed order amending the Case Management Order in the above respects, attached hereto as **Exhibit A**.

WHEREFORE, Defendants respectfully request the Court enter the proposed *Order Granting Joint Motion for Amendment to Case Management Order* concurrently submitted to the Court, and for such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 16th day of August, 2023.

| STINSON LLP | POLSINELLI PC |
|---|---|
| By: */s/ Jeffrey J. Goulder* | By: */s/ Matthew S. Layfield* |
| Jeffrey J. Goulder | John Craiger |
| Alisa C. Lacey | Matthew S. Layfield |
| Michael Vincent | Michael A. Campbell |
| Clarissa C. Brady | Nick A. Griebel |
| 1850 N. Central Avenue, Suite 2100 | 100 S. Fourth Street, Suite 1000 |
| Phoenix, Arizona 85004-4584 | St. Louis, Missouri 63102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn* |

1  I hereby certify that on August 16, 2023, I electronically transmitted the attached document
   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of
2  Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R.
   Bankr. P. 9076-1:
3

4

5  */s/ Rebecca O'Brien*

# *EXHIBIT A*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EPB |
| Debtor. | Adversary No. 2:21-ap-00336-EPB |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | |
| vs. | **ORDER GRANTING SECOND JOINT MOTION FOR AMENDMENT TO CASE MANAGEMENT ORDER** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

This stipulated Order Granting Second Joint Motion for Amendment to Case Management Order has been submitted by Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("Trustee") and by Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, the "Defendants", and with Trustee the "Parties") amending the prior Case Management Orders (Dockets 81 and 141) ("Case Management Order"). Trustee's counsel and Defendants' counsel have conferred regarding a mediation of this case and have agreed that the Parties will take certain depositions and then stay and extend discovery to permit the Parties to engage in mediation and have further agreed that if mediation is not successful, the Parties would be permitted to

resume and complete fact discovery and take additional depositions within sixty (60) days thereafter.

THEREFORE, THE CASE MANAGEMENT ORDER IS HEREBY AMENDED AS FOLLOWS:

1. Defendants may take up to six (6) depositions, and the Trustee may take up to two (2) depositions prior to participating in mediation.

2. After the foregoing depositions, the Parties shall schedule a mediation of this case with a mutually acceptable mediator on a date following this Court's ruling on the Defendants' pending Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Complaint (Dkts. 160, 161), and the Parties shall diligently complete such mediation.

3. The Court hereby suspends and extends the current Case Management Order until the conclusion of such mediation.

4. If the Parties have not reached a settlement of this adversary proceeding within one (1) week following the date of such mediation, the Parties shall report to the Court and request that the Court enter a new Case Management Order that provides for a deadline for fact discovery sixty (60) days after the date of such mediation, and provides for all other subsequent deadlines in the Case Management Order to be set on new dates thereafter that correspond to the same periods of time after fact discovery as they were previously set in relation to the deadline for fact discovery.

IT IS SO ORDERED.

**DATED AND SIGNED ABOVE.**