SO ORDERED.

Dated: August 16, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**ORDER GRANTING AMENDED MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE* |

Based upon the Amended Motion for Admission to Practice *Pro Hac Vice* in this action on behalf of nonparty Skyler Aaron Cook and, in accordance with Local Bankruptcy Rule 2090-1 for the District of Arizona:

IT IS HEREBY ORDERED that the Motion is granted and Alicia Barrs is granted limited admission to appear and participate in this case; and

IT IS FURTHER ORDERED that Krystal Ahart, a member of the Bar of this Court who maintains an office in this District and who has consented to this designation, is designated as co-counsel within whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

DATED AND SIGNED ABOVE.