# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | SKYLER AARON COOK |
| **Case Number:** | 2:20-BK-01730-EPB  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 17, 2023 10:00 AM   7TH FLOOR #703 |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | STACI FAGAN |
| **Audio File Name:** | AHL01600009.MP3 |
| **Audio File Size:** | 12,257 KB |
| **Audio File Length:** | 00:26:08 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*Matter:*

**ADV: 2-21-00336**

**JAMES E CROSS, TRUSTEE vs KATHERINE S. BRUHN & VALLIANCE BANK & SHELBY BRUHN**

DISCOVERY CONFERENCE ON MOTION TO QUASH DEFENDANTS' SUBPOENA AND SUBPOENA DUCES TECUM TO DEBTOR

**R / M #:**   132 / 0