**SO ORDERED.**

**Dated: August 18, 2023**

**Eddward P. Ballinger Jr., Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 7 |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EPB |
| Debtor. | Adversary No. 2:21-ap-00336-EPB |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | |
| vs. | **ORDER GRANTING SECOND JOINT MOTION FOR AMENDMENT TO CASE MANAGEMENT ORDER** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

This stipulated Order Granting Second Joint Motion for Amendment to Case Management Order has been submitted by Plaintiff James E. Cross, in his capacity as Chapter 7 Trustee ("Trustee") and by Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, the "Defendants", and with Trustee the "Parties") amending the prior Case Management Orders (Dockets 81 and 141) ("Case Management Order"). Trustee's counsel and Defendants' counsel have conferred regarding a mediation of this case and have agreed that the Parties will take certain depositions and then stay and extend discovery to permit the Parties to engage in mediation and have further agreed that if mediation is not successful, the Parties would be permitted to

resume and complete fact discovery and take additional depositions within sixty (60) days thereafter.

THEREFORE, THE CASE MANAGEMENT ORDER IS HEREBY AMENDED AS FOLLOWS:

1. Defendants may take up to six (6) depositions, and the Trustee may take up to two (2) depositions prior to participating in mediation.

2. After the foregoing depositions, the Parties shall schedule a mediation of this case with a mutually acceptable mediator on a date following this Court's ruling on the Defendants' pending Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Complaint (Dkts. 160, 161), and the Parties shall diligently complete such mediation.

3. The Court hereby suspends and extends the current Case Management Order until the conclusion of such mediation.

4. If the Parties have not reached a settlement of this adversary proceeding within one (1) week following the date of such mediation, the Parties shall report to the Court and request that the Court enter a new Case Management Order that provides for a deadline for fact discovery sixty (60) days after the date of such mediation, and provides for all other subsequent deadlines in the Case Management Order to be set on new dates thereafter that correspond to the same periods of time after fact discovery as they were previously set in relation to the deadline for fact discovery.

IT IS SO ORDERED.

**DATED AND SIGNED ABOVE.**