John Craiger (Bar No. 021731)
POLSINELLI pc
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
Nick A. Griebel
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
　　　　mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank,
Shelby Bruhn, and Katherine S. Bruhn*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>　　　　　　　Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>　　　　　　　Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**NOTICE OF WITHDRAWAL OF SECOND AMENDED NOTICE OF DEPOSITION OF ERIC HASSFURTHER** |

PLEASE TAKE NOTICE that Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, hereby withdraw their Notice of Deposition of Eric Hassfurther, previously issued and filed on July 18, 2023 pursuant to

Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, without prejudice and without the release of any Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) (the "**Subpoena**") issued in connection therewith, which Notice of Deposition previously set such deposition on August 29, 2023 at 10:00 a.m., CT at the offices of Polsinelli PC, 2950 N. Harwood Street, Suite 2100, Dallas, TX 75201. Defendants reserve the right to reschedule such deposition, and Defendants do not release the foregoing deponent from any such Subpoena for this purpose.

RESPECTFULLY SUBMITTED this 22nd day of August, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
    John Craiger
    Matthew S. Layfield
    Michael A. Campbell

Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on August 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Michael A. Campbell*