# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SKYLER AARON COOK |
| **Case Number:** | 2:20-BK-01730-EPB  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, AUGUST 17, 2023 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | DAWN SAUCIER |
| **Reporter / ECR:** | STACI FAGAN |

### Matter:

ADV: 2-21-00336

**JAMES E CROSS, TRUSTEE vs KATHERINE S. BRUHN & VALLIANCE BANK & SHELBY BRUHN**

DISCOVERY CONFERENCE ON MOTION TO QUASH DEFENDANTS' SUBPOENA AND SUBPOENA DUCES TECUM TO DEBTOR

R / M #:   132 /  0

### Appearances:

CLARISSA C. BRADY, ATTORNEY FOR JAMES E. CROSS, TRUSTEE
NICHOLAS A. GRIEBEL, ATTORNEY FOR SHELBY BRUHN, KATHERINE S. BRUHN, VALLIANCE BANK
MICHAEL A. CAMPBELL, ATTORNEY FOR VALLIANCE BANK, SHELBY BRUHN, KATHERINE S. BRUHN
MATTHEW S. LAYFIELD, ATTORNEY FOR KATHERINE S. BRUHN, SHELBY BRUHN, VALLIANCE BANK
ALICIA BARRS, ATTORNEY FOR SKYLER COOK
REBECCA EATON, ATTORNEY FOR SKYLER COOK
JAMES KAHN, ATTORNEY FOR SKYLER COOK

# Minute Entry

(continue)...  2:20-BK-01730-EPB          THURSDAY, AUGUST 17, 2023 10:00 AM

*Proceedings:*

Mr. Griebel explains that there is a subpoena to the debtor for emails and text messages between the debtor and his fellow investors because of allegations of wire fraud and a Ponzi scheme. The emails and text messages previously provided by the debtor to the United States Trustee were incomplete. The debtor has refused to comply with the subpoena after numerous meet and confers. There is also a subpoena to AT&T. AT&T will not respond to the subpoena until the Court rules on the debtor's motion to quash. AT&T has indicated that its information will likely be limited to a data log, because it does not retain substantive call details beyond 48 hours. Mr. Griebel is willing to work with debtor's counsel to exclude any privileged communications.

Ms. Barrs objects to the subpoena for the substance of debtor's calls and text messages on the basis of the Fifth Amendment's Act of Production Doctrine. She also objects to the lack of specificity and legal basis for the requested communications from AT&T. Ms. Barrs further objects to the disclosure of the investors' telephone numbers.

Mr. Griebel argues that the debtor waived any act of production objection under the Fifth Amendment because the objection was not raised in the debtor's initial response. He confirms that he is limiting the information requested from AT&T to a specific list of named investors.

**COURT: IT IS ORDERED denying debtor's motion to quash and directing AT&T to respond to the movant's subpoena with respect to the debtors' communications with his investors.**

**COURT: IT IS FURTHER ORDERED directing the debtor to file, by September 1, 2023, a supplemental brief with respect to the debtor's act of production objection under the Fifth Amendment. Mr. Griebel shall have until September 15, 2023, to file a responsive brief. The Court will rule based on the briefs unless oral argument is requested.**

**COURT: IT IS FURTHER ORDERED staying the current September 30, 2023, fact discovery deadline pending further order of the**

**Court.**