Jeffrey Goulder (No. 010258)
Alisa C. Lacey (No. 010571)
Michael Vincent (No. 029864)
Clarissa C. Brady (No. 036312)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Jeffrey.Goulder@stinson.com
Alisa.Lacey@stinson.com
Michael.Vincent@stinson.com
Clarissa.Brady@stinson.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**STIPULATED MOTION TO EXCEED PAGE LIMIT RE: TRUSTEE'S RESPONSE TO MOTION TO DISMISS COUNT VII (RICO) OF TRUSTEE'S THIRD AMENDED ADVERSARY COMPLAINT** |

James E. Cross, the Chapter 7 Trustee (the "**Trustee**") files this *Stipulated Motion to Exceed Page Limit Re: Trustee's Response to Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Adversary Complaint* ("**Stipulated Motion**") requesting that the Court enter an order authorizing the Trustee to exceed the 15-page limitation, imposed by

Local Rule 9013-1(b) with respect to *Trustee's Response to Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Adversary Complaint* ("**Response**").

Defendants' Motion to Dismiss [DE 160] and supporting Memorandum [DE 161] (together referred to as the "**Motion**") exceeds twenty-five (25) pages in length, including the table of contents and table of authorities. Trustee previously stipulated to *Defendants' Motion for Leave to File Memorandum of Law in Excess of Local Rule Page Limit* [DE 158]. Likewise, Defendants have stipulated to Trustee's request to exceed the Local Rule 9013-1(d) page limit so that Trustee's Response may address each of Defendants' assertions and provide the Court with sufficient background and complete, relevant authority. Trustee's Response will not exceed twenty-five (25) pages, including table of contents and table of authorities.

WHEREFORE, the Trustee requests that the Court grant this request to file the Response to the Motion in a length not to exceed twenty-three pages. A proposed order granting this request will be contemporaneously lodged with the Court.

DATED this 24th day of August 2023.

| **STINSON LLP** | **POLSINELLI PC** |
|---|---|
| /s/ Clarissa C. Brady | /s/ Michael A. Campbell (with permission) |
| Jeffrey Goulder<br>Alisa C. Lacey<br>Michael Vincent<br>Clarissa C. Brady<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>*Counsel for the Plaintiff* | John Craiger<br>One East Washington St., Suite 1200<br>Phoenix, Arizona 85004<br><br>and<br><br>Matthew W. Layfield<br>Michael A. Campbell<br>Nick A. Griebel<br>100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>*Attorneys for Defendants* |

| | |
|---|---|
| 1 | I hereby certify that on August 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1: |
| 2 | |
| 3 | |
| 4 | */s/ Miranda L. Dotson*<br>CORE/3524238.0002/183998781.1 |