# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**ORDER STIPULATED MOTION TO EXCEED PAGE LIMIT RE: TRUSTEE'S RESPONSE TO MOTION TO DISMISS COUNT VII (RICO) OF TRUSTEE'S THIRD AMENDED ADVERSARY COMPLAINT** |

The Court has reviewed the *Stipulated Motion to Exceed Page Limit Re: Trustee's Response to Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Adversary Complaint* ("**Stipulated Motion**") filed by James E. Cross, the Chapter 7 Trustee and stipulated to by the Defendants, requesting entry of an order authorizing the Trustee to exceed the 15-page limitation imposed by Local Rule 9013-1(b) regarding the Response up to and including 25 pages. The Court has also reviewed the record before it. Therefore, for good cause appearing,

IT IS HEREBY ORDERED granting the Stipulated Motion.

DATED AND SIGNED ABOVE.