| | |
|---|---|
| 1 | John Craiger (Bar No. 021731)<br>POLSINELLI pc |
| 2 | One East Washington St., Suite 1200<br>Phoenix, Arizona 85004 |
| 3 | Telephone: (602) 650-2000<br>Facsimile: (602) 264-7033 |
| 4 | E-Mail: jcraiger@polsinelli.com |
| 5 | Matthew S. Layfield (Pro Hac Vice)<br>Michael A. Campbell (Pro Hac Vice) |
| 6 | Nick A. Griebel<br>POLSINELLI PC |
| 7 | 100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102 |
| 8 | Telephone: (314) 889-8000<br>Facsimile: (314) 231-1776 |
| 9 | Email: mlayfield@polsinelli.com<br>           mcampbell@polsinelli.com |
| 10 | |
| 11 | *Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>        Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>        Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>        Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF NISHENDU VASAVADA** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Nishendu Vasavada (aka Haines Sharshiv, LLC) by stenographic and audiovisual

means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from September 6, 2023 at 9:00 a.m.**):

    **DATE:**                  **November 14, 2023**

    **TIME:**                  **09:00 a.m. C.T.**

    **LOCATION:**        **Polsinelli PC**
                                  **2950 N. Harwood Street, Suite 2100**
                                  **Dallas, TX 75201**

The deposition will begin on November 14, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 5th day of September, 2023.

                                    POLSINELLI PC

                                    By: */s/ Michael A. Campbell*
                                          John Craiger
                                          Matthew S. Layfield
                                          Michael A. Campbell

                                          Attorneys for Defendants Valliance Bank,
                                          Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on September 5, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*