John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Admitted *Pro Hac Vice*)
Michael A. Campbell (Admitted *Pro Hac Vice*)
Nick A. Griebel (Admitted *Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
      mcampbell@polsinelli.com
      ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank,
Shelby Bruhn, and Katherine S. Bruhn*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>            Debtor.<br><br>JAMES E. CROSS, TRUSTEE,<br><br>            Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>            Defendants. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB<br><br><br><br>Adversary No. 2:21-ap-00336-EFB<br><br>**STIPULATED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS RICO CLAIM AND IN OPPOSITION TO TRUSTEE'S RESPONSE IN EXCESS OF LOCAL RULE PAGE LIMIT** |

Defendants in the above-captioned adversary proceeding, Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn (collectively, "**Defendants**"), by and through undersigned counsel, hereby move this Court, ***with the consent of opposing counsel***, pursuant to Local Rule 9013-1(b), for an order granting leave to file their Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response [DE 188] (the "**Response**") in excess

of fifteen (15) pages with respect to Count VII of the Third Amended Adversary Complaint [DE 139], filed by James E. Cross, as Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned Debtor Skyler Aaron Cook. In support of this Motion, Defendants respectfully state as follows:

The Trustee's Response [DE 188] is twenty-seven (27) pages in length, including the tables of contents and authorities. Defendants previously stipulated to Trustee's *Stipulated Motion to Exceed Page Limit Re: Trustee's Response to Motion to Dismiss Count VII (RICO) of Trustee's Third Amended Adversary Complaint* [DE 185]. Likewise, Trustee has stipulated to Defendants' request to exceed the Local Rule 9013-1(d) page limit so that Defendants' Reply may address Trustee's assertions and provide the Court with a sufficient reply and relevant authority. Defendants' Reply will not exceed nineteen (19) pages.

WHEREFORE, the Trustee requests that the Court grant this request to file the Reply not to exceed nineteen pages. A proposed order granting this request (**Exhibit A**) will be contemporaneously lodged with the Court.

RESPECTFULLY SUBMITTED this 11th day of September, 2023.

| POLSINELLI PC | STINSON LLP |
|---|---|
| By: */s/ Michael A. Campbell* | By: /s/ (with permission) |
| John Craiger | Jeffrey Goulder |
| One East Washington St., Suite 1200 | Alisa C. Lacey |
| Phoenix, Arizona 85004 | Michael Vincent |
| | Clarissa C. Brady |
| and | 1850 N. Central Avenue, Suite 2100 |
| Michael A. Campbell | Phoenix, Arizona 85004-4584 |
| Matthew S. Layfield | *Counsel for the Plaintiff* |
| Nick A. Griebel | |
| 100 S. Fourth Street, Suite 1000 | |
| St. Louis, Missouri 63102 | |
| *Attorneys for Defendants Valliance Bank,* | |
| *Shelby Bruhn, and Katherine S. Bruhn* | |

| | |
|---|---|
| 1 | I hereby certify that on September 11, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1: |
| 2 | |
| 3 | |
| 4 | |
| 5 | /s/ Rebecca O'Brien |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**EXHIBIT A**

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Skyler Aaron Cook,<br><br>            Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB |
| James E. Cross, Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn,<br><br>           Defendants. | **Adversary No. 2:21-ap-00336-EPB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS RICO CLAIM AND IN OPPOSITION TO TRUSTEE'S RESPONSE IN EXCESS OF LOCAL RULE PAGE LIMIT** |

THE COURT, having reviewed and considered the Defendants' Stipulated Motion for Leave to File Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response in Excess of Local Rule Page Limit, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** Defendants' Stipulated Motion for Leave to File Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response in Excess of Local Rule Page Limit is **GRANTED**.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** Defendants' Reply in Support of Motion to Dismiss |
| 2 | RICO Claim and in Opposition to Trustee's Response may exceed the fifteen (15) page limit |
| 3 | of Local Rule 9013-1(b). |
| 4 | **DATED AND SIGNED ABOVE.** |