John Craiger (Bar No. 021731)
POLSINELLI pc
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
Nick A. Griebel
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
        mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>SKYLER AARON COOK,<br>Debtor. | Chapter 7 Proceedings<br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br>Plaintiff,<br>vs.<br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**THIRD AMENDED NOTICE OF DEPOSITION OF STEPHEN NECESSARY** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Stephen Necessary (aka Happy Camper Homes LLC) by stenographic and audiovisual

means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from September 12, 2023 at 9:00 a.m.**):

    **DATE:**                    **October 25, 2023**

    **TIME:**                    **09:00 a.m. C.T.**

    **LOCATION:**          **Polsinelli PC**
                                    **2950 N. Harwood Street, Suite 2100**
                                    **Dallas, TX 75201**

The deposition will begin on October 25, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 11th day of September, 2023.

                                            POLSINELLI PC

                                            By: */s/ Michael A. Campbell*
                                                  John Craiger
                                                  Matthew S. Layfield
                                                  Michael A. Campbell

                                                  Attorneys for Defendants Valliance Bank,
                                                 Shelby Bruhn, and Katherine S. Bruhn

     I hereby certify that on September 11, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*