SO ORDERED.

Dated: September 12, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Skyler Aaron Cook,<br><br>Debtor.<br><br>James E. Cross, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn,<br><br>Defendants. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB<br><br>**Adversary No. 2:21-ap-00336-EPB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS RICO CLAIM AND IN OPPOSITION TO TRUSTEE'S RESPONSE IN EXCESS OF LOCAL RULE PAGE LIMIT** |

THE COURT, having reviewed and considered the Defendants' Stipulated Motion for Leave to File Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response in Excess of Local Rule Page Limit, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** Defendants' Stipulated Motion for Leave to File Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response in Excess of Local Rule Page Limit is **GRANTED**.

91178188.1

**IT IS FURTHER ORDERED** Defendants' Reply in Support of Motion to Dismiss RICO Claim and in Opposition to Trustee's Response may exceed the fifteen (15) page limit of Local Rule 9013-1(b).

**DATED AND SIGNED ABOVE.**