John Craiger (Bar No. 021731)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
       mcampbell@polsinelli.com
       ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br> SKYLER AARON COOK, <br> Debtor. | Chapter 7 Proceedings <br><br> Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE, <br> Plaintiff, <br> vs. <br> VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, <br> Defendants. | Adversary No. 2:21-ap-00336-EPB <br><br> **NOTICE OF HEARING** |

PLEASE TAKE NOTICE that the Court shall conduct a hearing before the Hon. Eddward P. Ballinger, Jr. in the United States Bankruptcy Court, District of Arizona, 230 N 1st Ave, Ste 101, Phoenix, Arizona 85003, on the Defendants' Motion to Dismiss Count

VII (RICO) of Trustee's Third Amended Adversary Complaint (Dkt. No. 160) on **November 2, 2023 at 10:30 a.m.**, or as soon thereafter as the same may be heard.

RESPECTFULLY SUBMITTED this 13th day of September, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
John Craiger
Matthew S. Layfield
Michael A. Campbell
Nick A. Griebel

*Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

I hereby certify that on September 13, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*