Alicia Barrs (pro hac vice)
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com

David Frazee (pro hac vice)
Barnes & Thornburg LLP
555 12th Street N.W., Suite 1200
Washington, DC 20004
Phone/Fax: (202) 289-1313/(202) 289-1330
Email: David.Frazee@btlaw.com

Attorneys for Nonparty Skyler Aaron Cook

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| SKYLER AARON COOK, | Case No. 2:20-bk-01730-EFB |
| Debtor. | |
| JAMES E. CROSS, TRUSTEE, | |
| Plaintiff, | Adversary No. 2:21-ap-00336-EFB |
| vs. | **Motion to Authorize Reply Brief Regarding Fifth Amendment** |
| VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, | |
| Defendants. | |

Nonparty Skyler Cook ("Mr. Cook") respectfully requests permission to file a reply to Defendants' opposition to Mr. Cook's Fifth Amendment brief. At the August 17 hearing, the parties argued over Mr. Cook's Fifth Amendment objections to Defendants' subpoena to Mr. Cook seeking his texts and emails. Producing communications in response to the subpoena, Mr. Cook argued, could lead to

incriminating evidence. After hearing oral argument, the Court ordered the parties to brief the issue. Mr. Cook submitted a brief on September 1 (Doc. 189), and Defendants submitted a reply on September 15 (Doc. 199).

Defendants' response raises various arguments to Mr. Cook's Fifth Amendment objections that were not discussed at the hearing. Specifically, Defendants argue that a debtor cannot invoke the Fifth Amendment, that Mr. Cook waived his Fifth Amendment objections, that the Fifth Amendment does not protect pre-existing records, and that the "collective entity" and "foregone conclusion" exceptions to the Fifth Amendment apply.

Given the significant rights at stake, and given Defendants' new arguments, Mr. Cook seeks permission to file a reply brief. The reply will only address the arguments in Defendants' response. And Mr. Cook can promptly file a reply, within 14 days of an order granting this motion. For these reasons, the Court should grant this motion and permit Mr. Cook the opportunity to protect his Fifth Amendment rights.

| | |
|---|---|
| DATED: September 19, 2023 | **Barnes & Thornburg LLP** |
| | By: */s/ Alicia Barrs* |
| | Alicia Barrs (pro hac vice) |
| | 2121 N. Pearl Street, Suite 700 |
| | Dallas, TX 75021 |
| | Phone/Fax: (214) 258-4200/(214) 258-4199 |
| | Email: Alicia.RainesBarrs@btlaw.com |
| | |
| | David Frazee (pro hac vice) |
| | 555 12th Street N.W., Suite 1200 |
| | Washington, DC 20004-1275 |
| | Phone/Fax: (202) 289-1313/(202) 289-1330 |
| | Email: David.Frazee@btlaw.com |
| | |
| | **Attorneys for Nonparty Skyler Aaron Cook** |

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

DATED: September 19, 2023        **Kahn & Ahart, PLLC**

*/s/ James F. Kahn*, SBN003063
James F. Kahn
301 East Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: 602-266-1717
Facsimile: 602-266-2484
Email: James.Kahn@azbk.biz