Alicia Barrs
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, Texas 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com
*Attorney for Skyler Aaron Cook*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**NOTICE OF APPEARANCE<br>OF ALICIA M. BARRS** |

PLEASE TAKE NOTICE that Alicia M. Barrs hereby appears as counsel of record for Skyler Aaron Cook ("Cook") and requests service of all pleadings, notices and other papers filed in this case.

DATED: September 21, 2023

By:    */s/ Alicia Barrs*
Alicia Barrs (Admitted Pro Hac Vice)
**BARNES & THORNBURG LLP**
2121 N. Pearl Street, Suite 700
Dallas, Texas 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using this court's ECF system and counsel of record for all parties will be served accordingly.

*/s/ Alicia M. Barrs*
Alicia M. Barrs