Alicia Barrs (pro hac vice)
Barnes & Thornburg LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com

David Frazee (pro hac vice)
Barnes & Thornburg LLP
555 12th Street N.W., Suite 1200
Washington, DC 20004
Phone/Fax: (202) 289-1313/(202) 289-1330
Email: David.Frazee@btlaw.com

Attorneys for Nonparty Skyler Aaron Cook

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> SKYLER AARON COOK, <br>           Debtor. | Chapter 7 Proceedings <br><br> Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE, <br>           Plaintiff, <br><br> vs. <br><br> VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, <br><br>           Defendants. | Adversary No. 2:21-ap-00336-EFB <br><br> **Reply regarding Motion to Authorize Reply Brief Regarding Fifth Amendment** |

Nonparty Skyler Aaron Cook ("Mr. Cook") made what should have been an uncontroversial request: to submit a reply to Defendants' opposition to Mr. Cook's brief on the Fifth Amendment implications of Defendants' subpoena. Defendants, however, responded to that request by filing a three-page brief attempting to justify

why the Court should decide the scope of Mr. Cook's all-important Fifth Amendment rights on less—rather than more—information.

Peculiarly, in their opposition, Defendants focus on Mr. Cook's observation that the Court heard oral argument on the Fifth Amendment and that Defendants' merit brief raised arguments that were not raised at the hearing. Defendants make much of the hearing apparently being an "expedited discovery dispute conference" and, on that basis, argue that the Court should disregard Mr. Cook's remark about Defendants raising new arguments. Mr. Cook does not take issue with Defendants making new arguments. Rather he is simply asking to reply to those arguments, which he should have an opportunity to do regardless of how one characterizes the August 17 hearing.

Ironically, while attempting to prevent Mr. Cook from filing a reply brief on the merits, Defendants themselves continue to address the underlying merits. Defendants attack Mr. Cook for supposedly not addressing "all applicable issues in his Fifth Amendment Brief"—including the "rule" that "records of a debtor in bankruptcy are not privileged under the Fifth Amendment." In support of that supposed rule, Defendants cite to a 122-year-old case noting that a debtor in a bankruptcy case must produce certain records to permit the administration of the bankruptcy estate. *In re Harris*, 221 U.S. 274, 280 (1911). By contrast, this is an adversary proceeding, Mr. Cook is a nonparty, and the sought-after records are not needed to administer a bankruptcy estate. Rather, the records are only relevant because they may incriminate Mr. Cook, hence why the Fifth Amendment applies. Defendants' above argument underscores the need for Mr. Cook to submit a reply on the merits that clarifies the proper scope of the Fifth Amendment.

Lastly, as previously noted, Mr. Cook can submit a reply brief on the merits within 14 days of an order granting him the right to do so. A mere two-week delay in the proceeding pales in comparison to the potential implications of preventing Mr.

Cook from protecting his Fifth Amendment right against self-incrimination, particularly given the Court's willingness to adjourn the discovery cutoff date.

DATED: October 2, 2023          **Barnes & Thornburg LLP**

By: */s/ Alicia Barrs*
Alicia Barrs (pro hac vice)
2121 N. Pearl Street, Suite 700
Dallas, TX 75021
Phone/Fax: (214) 258-4200/(214) 258-4199
Email: Alicia.RainesBarrs@btlaw.com

David Frazee (pro hac vice)
555 12th Street N.W., Suite 1200
Washington, DC 20004-1275
Phone/Fax: (202) 289-1313/(202) 289-1330
Email: David.Frazee@btlaw.com

**Attorneys for Nonparty Skyler Aaron Cook**

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

DATED: October 2, 2023          **Kahn & Ahart, PLLC**

*/s/ Krystal M. Ahart, SBN029358*
Krystal M. Ahart
301 East Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: 602-266-1717
Facsimile: 602-266-2484
Email: Krystal.Ahart@azbk.biz