1 John Craiger (Bar No. 021731)
POLSINELLI pc
2 One East Washington St., Suite 1200
Phoenix, Arizona 85004
3 Telephone: (602) 650-2000
Facsimile: (602) 264-7033
4 E-Mail: jcraiger@polsinelli.com

5 Matthew S. Layfield (Pro Hac Vice)
Michael A. Campbell (Pro Hac Vice)
6 Nick A. Griebel (Pro Hac Vice)
POLSINELLI PC
7 100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
8 Telephone: (314) 889-8000
Facsimile: (314) 231-1776
9 Email: mlayfield@polsinelli.com
         mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**FOURTH AMENDED NOTICE OF DEPOSITION OF STEPHEN NECESSARY** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Stephen Necessary (aka Happy Camper Homes LLC) by stenographic and audiovisual

means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from October 25, 2023 at 9:00 a.m.**):

**DATE:** **November 28, 2023**

**TIME:** **09:00 a.m. C.T.**

**LOCATION:** **Polsinelli PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201**

The deposition will begin on November 28, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 12th day of October, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
    John Craiger
    Matthew S. Layfield
    Michael A. Campbell

    Attorneys for Defendants Valliance Bank,
    Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on October 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*