1  John Craiger (Bar No. 021731)
   POLSINELLI pc
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com]

5  Matthew S. Layfield (Pro Hac Vice)
   Michael A. Campbell (Pro Hac Vice)
6  Nick A. Griebel
   POLSINELLI PC
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**FIFTH AMENDED NOTICE OF DEPOSITION OF SKYLER A. COOK** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Skyler A. Cook by stenographic and audiovisual means upon oral examination before

an officer authorized to administer oaths at the following designated time and place (**being amended from November 3, 2023 at 9:00 a.m. MST**):

    **DATE:**     **December 7, 2023**

    **TIME:**     **09:00 a.m., MST**

    **LOCATION:**     **Polsinelli PC**
                            **One E. Washington Street, Suite 1200**
                            **Phoenix, AZ 85004**

The deposition will begin on December 7, 2023, at 09:00 a.m. MST, as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 13th day of October, 2023.

                                      POLSINELLI PC

                                      By: */s/ Michael A. Campbell*
                                            John Craiger
                                            Matthew S. Layfield
                                            Michael A. Campbell

                                            Attorneys for Defendants Valliance Bank,
                                            Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on October 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*