John Craiger (Bar No. 021731)
**POLSINELLI PC**
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com]

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
**POLSINELLI PC**
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
       mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>               Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>               Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>               Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**NOTICE OF SERVICE OF DOCUMENTS PRODUCED BY AT&T MOBILITY** |

Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn, by and through their undersigned counsel, hereby certify that documents produced by AT&T Mobility were served upon the following counsel via electronic mail on the 10th day of October, 2023:

| | |
|---|---|
| 1 | Jeffrey Goulder |
| 2 | Michael Vincent<br>Clarissa C. Brady |
| 3 | STINSON LLP<br>1850 N. Central Avenue, Suite 2100 |
| 4 | Phoenix, Arizona 85004-4584 |
| 5 | jeffrey.goulder@stinson.com<br>clarissa.brady@stinson.com |
| 6 | michael.vincent@stinson.com<br>*Attorneys for Plaintiff James E. Cross, Trustee* |
| 7 | |
| 8 | David Frazee<br>Alicia Raines Barrs |
| 9 | Josh Brandau |
| 10 | BARNES & THORNBURG LLP<br>2121 N. Pearl Street, Suite 700 |
| 11 | Dallas, Texas 75021<br>David.Frazee@btlaw.com |
| 12 | Alicia.RainesBarrs@btlaw.com |
| 13 | Josh.Brandau@btlaw.com<br>*Attorney for Skyler Aaron Cook* |
| 14 | |
| 15 | Rebecca Eaton<br>KEARNEY, MCWILLIAMS & DAVIS, PLLC |
| 16 | 1235 South Main, Suite 280<br>Grapevine, Texas 76051 |
| 17 | reaton@kmd.law |
| 18 | *Attorney for Skyler Aaron Cook* |

19  RESPECTFULLY SUBMITTED this 16th day of October, 2023.

20                                         POLSINELLI PC

21                                         By: */s/ Michael A. Campbell*
22                                             John Craiger
                                               Matthew S. Layfield
23                                             Michael A. Campbell

24                                         *Attorneys for Defendants Valliance
25                                         Bank, Shelby Bruhn, and Katherine S.
                                           Bruhn*
26

27

28

| | |
|---|---|
| 1 | I hereby certify that on October 16, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1: |
| 2 | |
| 3 | |
| 4 | |
| 5 | */s/ Rebecca O'Brien* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |