1  John Craiger (Bar No. 021731)
   POLSINELLI pc
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com

5  Matthew S. Layfield (Pro Hac Vice)
   Michael A. Campbell (Pro Hac Vice)
6  Nick A. Griebel (Pro Hac Vice)
   POLSINELLI PC
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank,
Shelby Bruhn, and Katherine S. Bruhn*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br> SKYLER AARON COOK, <br> Debtor. | Chapter 7 Proceedings <br><br> Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN, <br><br> Defendants. | Adversary No. 2:21-ap-00336-EFB <br><br> **THIRD AMENDED NOTICE OF DEPOSITION OF BRAD JOHNSON** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Brad Johnson (aka Black Dog Homes & Ohana Waiwai LLC) by stenographic and

audiovisual means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from October 26, 2023 at 9:00 a.m.**):

    **DATE:**                   **December 19, 2023**

    **TIME:**                   **9:00 a.m. C.T.**

    **LOCATION:**       **Crawford, Wishnew & Lang PLLC**
                                **1700 Pacific Ave., Suite**
                                **2390 Dallas, Texas 75201**

The deposition will begin on December 19, 2023, at 09:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 19th day of October, 2023.

                                          POLSINELLI PC

                                          By: */s/ Michael A. Campbell*
                                                 John Craiger
                                                 Matthew S. Layfield
                                                 Michael A. Campbell
                                                 Nick A. Griebel

                                                 Attorneys for Defendants Valliance Bank,
                                                 Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on October 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*