| | |
|---|---|
| 1 | John Craiger (Bar No. 021731)<br>POLSINELLI PC |
| 2 | One East Washington St., Suite 1200<br>Phoenix, Arizona 85004 |
| 3 | Telephone: (602) 650-2000<br>Facsimile: (602) 264-7033 |
| 4 | E-Mail: jcraiger@polsinelli.com |

John Craiger (Bar No. 021731)
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jcraiger@polsinelli.com

Matthew S. Layfield (*Pro Hac Vice*)
Michael A. Campbell (*Pro Hac Vice*)
Nick A. Griebel (*Pro Hac Vice*)
POLSINELLI PC
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776
Email: mlayfield@polsinelli.com
         mcampbell@polsinelli.com
         ngriebel@polsinelli.com

*Attorneys for the Defendants Valliance Bank,
Shelby Bruhn, and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>                    Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EPB |
| JAMES E. CROSS, TRUSTEE,<br><br>                    Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN,<br>and KATHERINE S. BRUHN,<br><br>                    Defendants. | Adversary No. 2:21-ap-00336-EPB<br><br>**FIRST AMENDED<br>NOTICE OF HEARING** |

PLEASE TAKE NOTICE that the Court shall conduct a hearing before the Hon. Eddward P. Ballinger, Jr. in the United States Bankruptcy Court, District of Arizona, 230 N 1st Ave, Ste 101, Phoenix, Arizona 85003, in Courtroom 703, on the Defendants' Motion

to Dismiss Count VII (RICO) of Trustee's Third Amended Adversary Complaint (Dkt. No. 160) on **November 14, 2023, at 10:30 a.m.**, or as soon thereafter as the same may be heard (being continued from November 2, 2023 at 10:30 a.m.).

RESPECTFULLY SUBMITTED this 30th day of October, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
John Craiger
Matthew S. Layfield
Michael A. Campbell
Nick A. Griebel

*Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn*

I hereby certify that on October 30, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

*/s/ Rebecca O'Brien*