1  John Craiger (Bar No. 021731)
   POLSINELLI pc
2  One East Washington St., Suite 1200
   Phoenix, Arizona 85004
3  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
4  E-Mail: jcraiger@polsinelli.com

5  Matthew S. Layfield (Pro Hac Vice)
   Michael A. Campbell (Pro Hac Vice)
6  Nick A. Griebel
   POLSINELLI PC
7  100 S. Fourth Street, Suite 1000
   St. Louis, Missouri 63102
8  Telephone: (314) 889-8000
   Facsimile: (314) 231-1776
9  Email: mlayfield@polsinelli.com
          mcampbell@polsinelli.com

*Attorneys for the Defendants Valliance Bank, Shelby Bruhn,
and Katherine S. Bruhn*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SKYLER AARON COOK,<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:20-bk-01730-EFB |
| JAMES E. CROSS, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>VALLIANCE BANK, SHELBY BRUHN, and KATHERINE S. BRUHN,<br><br>Defendants. | Adversary No. 2:21-ap-00336-EFB<br><br>**THIRD AMENDED NOTICE OF DEPOSITION OF NISHENDU VASAVADA** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable in bankruptcy cases by Federal Rule of Bankruptcy Procedure 7030, Defendants Valliance Bank, Shelby Bruhn and Katherine S. Bruhn, by and through undersigned counsel, will take the deposition of Nishendu Vasavada (aka Haines Sharshiv, LLC) by stenographic and audiovisual

means upon oral examination before an officer authorized to administer oaths at the following designated time and place (**being amended from November 14, 2023 at 9:00 a.m.**):

| | |
|---|---|
| **DATE:** | **January 9, 2024** |
| **TIME:** | **10:00 a.m. C.T.** |
| **LOCATION:** | **Mayer LLP**<br>**750 N. Saint Paul Street, Suite 700**<br>**Dallas, TX 75201** |

The deposition will begin on January 9, 2024, at 10:00 a.m. C.T., as noted above, and continue until completed, up to a maximum of seven hours. You are requested to cause the witness to appear as described in this Notice.

RESPECTFULLY SUBMITTED this 10th day of November, 2023.

POLSINELLI PC

By: */s/ Michael A. Campbell*
John Craiger
Matthew S. Layfield
Michael A. Campbell

Attorneys for Defendants Valliance Bank, Shelby Bruhn, and Katherine S. Bruhn

I hereby certify that on November 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1.

*/s/ Rebecca O'Brien*

Case 2:21-ap-00336-EPB    Doc 211    Filed 11/10/23    Entered 11/10/23 09:53:51    Desc
Main Document    Page 2 of 2
92071923.1